# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Carolyn Hurley

**DEFENDANTS**

Travelers Property Casualty Corp., et al.

**(b)** County of Residence of First Listed Plaintiff   Burlington County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hartford County, CT
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Kenneth J. Grunfeld, 1835 Market Street, Ste 2900
Philadelphia, PA 19103; 215-985-9177

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

|   |   |
|---|---|
| ☐ 1  U.S. Government  Plaintiff | ☐ 3  Federal Question  *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government  Defendant | ☒ 4  Diversity  *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332(d)(2)(A)

Brief description of cause:
Deceptive business practices marketing + selling insurance policies in violation of NJ law.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
5/01/2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ Kenneth J. Grunfeld

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: <u>Nature of Suit Code Descriptions.</u>

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAROLYN HURLEY,**<br>**Individually and on behalf of others similarly**<br>**situated,**<br>                    **Plaintiff**<br><br>**v.**<br><br>**TRAVELERS PROPERTY CASUALTY CORP.,**<br>**THE TRAVELERS INDEMNITY COMPANY,**<br>**ST. PAUL FIRE AND MARINE INSURANCE**<br>**COMPANY,**<br>**ST. PAUL PROTECTIVE INSURANCE**<br>**COMPANY,**<br>                    **Defendants** | **Civil Action No.** |

## CLASS ACTION COMPLAINT AND JURY CLAIM

1. For years, Defendants have been surreptitiously selling excess, unnecessary insurance coverage to New Jersey homeowners, in clear violation of New Jersey law. Plaintiff seeks to stop Defendants from continuing their unlawful business practices and to obtain just compensation for injured homeowners.

2. Defendants' scheme is a simple one, and well concealed. Instead of basing a policy's dwelling liability limit (known as "Coverage A") solely on the risk of physical damage to the home (which is all that Coverage A insures against), Defendants inflate that limit with the estimated cost of debris removal expense that may be incurred, and do not inform the homeowner of said fact.

3. The problem is two-fold. First, debris removal expense coverage sufficient for the homeowner's needs is already provided by the policy without increasing the Coverage A liability limit to account for such expense and without charging an additional premium.

4. Second, the declarations provided to homeowners prior to issuance of a new or renewal policy describe liability limits as "Coverage A" when they are in fact something else, namely, "Coverage A Plus Extra Debris Removal Coverage."

5. As a result, year after year homeowners unwittingly pay for excessive and unnecessary coverage as a direct result of Defendants' unfair and deceptive practices.

## Parties

6. Plaintiff Caroline Hurley is an individual who resides in Mount Holly, New Jersey. She brings this action on behalf of herself and other persons similarly situated.

7. Defendant Travelers Property Casualty Corp. ("Travelers Property") is a corporation engaged in the business of insurance organized under the laws of the State of Connecticut and having a principal place of business at 1 Tower Square, Hartford, Connecticut 06183.

8. Defendant Travelers Indemnity Company ("Travelers Indemnity") is a corporation engaged in the business of insurance organized under the laws of the State of Connecticut and having a principal place of business at 1 Tower Square, Hartford, Connecticut 06183.

9. Defendant St. Paul Fire and Marine Insurance Company ("St. Paul Fire") is a corporation engaged in the business of insurance organized under the laws of the State of Connecticut and having a principal place of business at 1 Tower Square, Hartford, Connecticut 06183.

10. Defendant St. Paul Protective Insurance Company ("St. Paul Protective") is a corporation engaged in the business of insurance organized under the laws of the State of Connecticut and having a principal place of business at 1 Tower Square, Hartford, Connecticut 06183.

## JURISDICTION AND VENUE

11. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), the Class Action Fairness Act ("CAFA"), as the matter in controversy exceeds the sum of $5,000,000

(five million dollars), exclusive of interest and costs, and at least one member of the putative class is a citizen of a state different from Defendants, who are citizens of Connecticut. None of the exceptions of 28 U.S.C. § 1332(d) apply.

12. This Court has personal jurisdiction over Defendants because they conduct business in New Jersey by selling insurance products to New Jersey residents, in some cases through insurance agents located in New Jersey.

13. Venue is proper in this District because Plaintiff and many class members reside in this District, Defendants conduct business in this District, and a substantial part of the acts and omissions giving rise to the claims occurred in this District.

## Facts Concerning Plaintiff and The Unlawful Scheme

14. Plaintiff is the owner of a single-family home located at 115 Clover Street, Mount Holly, New Jersey (the "Property"), which has been her principal residence since 2016.

15. Plaintiff has insured the Property with homeowners policies issued by St. Paul Protective. The policy last renewed on April 29, 2022 and terminated on or about October 18, 2022.

16. A core coverage provided by the St. Paul Protective policies issued to Plaintiff is dwelling coverage, otherwise known as "Coverage A."

17. The "Perils Insured Against" section of the St. Paul Protective policies issued to Plaintiff states: "We insure against direct physical loss to property described in Property Coverages A and B." *See* Policy at P-1, attached hereto at Exhibit 1.

18. Standing alone, Coverage A does not cover expenses related to the removal of debris from a premises following a covered loss.

19. The St. Paul Protective policies purchased by Plaintiff provided her with debris removal expense coverage, but not under Coverage A. Rather, the policies provided debris removal

expense benefits as an "additional coverage," i.e., coverage that is *in addition to* Coverage A. The relevant provision states:

> 1. **Debris Removal**. We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss.
>
> This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for the Property – Additional Coverage, of that limit is available for such expense.

*See* Policy at P-7, attached hereto at Exhibit 1.

20. The property "Declarations" for the policies purchased by Plaintiff state that the "additional percentage" available for debris removal expense is 5% of the Coverage A limit, thus, the above provision expands the scope of Coverage A by allowing Plaintiff to apply her Coverage A limit to expenses for removing debris from her premises following a covered loss. It also allows Plaintiff to access up to an additional 5% of the Coverage A limit if needed to pay for such expense.

21. The debris removal expense benefit described above was provided to Plaintiff without payment of additional premiums. The cost of that benefit, along with the costs of other "additional coverages" listed in the policies (such as tree damage and fire department service charges), was factored into her policies' base premiums.

22. Prior to issuing Plaintiff's policies, Defendants provided or caused to be provided to Plaintiff policy declarations which, among other things, stated the liability limits for policy coverages. A true copy of the "Continuation Declarations" setting forth Plaintiff's limits of liability for the renewal policy term commencing April 29, 2022, and accompanying documents, are appended hereto as Exhibit 2.

23. The amounts described as Coverage A liability limits in Exhibit 2 and prior declarations issued to Plaintiff were established by Defendants on the basis of one or more reports ("Reports") generated by a CoreLogic, Inc. software program known as "RCT Express" (the "Program").

24. The Reports set forth estimates for rebuilding the Property in the event of a total loss, described as "reconstruction cost" valuations.

25. Generally speaking, a reconstruction cost valuation is a replacement cost estimate, meaning the amount of money needed to rebuild a home for like construction and use in the event of a total loss. CoreLogic states that in producing the Reports, "[c]urrent localized costs of labor and building materials are applied to create a cost estimate that is unique to the specific home at the time of the estimate." https://www.corelogic.com/intelligence/ determining-reconstruction-costs/  (last visited March 29, 2023).

26. In establishing the liability limits described as Coverage A in Plaintiff's policy declarations, Defendants relied on valuations in the Reports entitled "reconstruction cost with debris removal." These valuations were what they appeared to be – reconstruction cost estimates to which were added the estimated cost of removing debris from the premises following a total loss of the Property. A true copy of a typical "reconstruction cost with debris removal" Report is appended hereto as Exhibit 3.

27. The Program can also generate "reconstruction cost without debris removal" valuations, as shown by the Report appended hereto as Exhibit 4. These valuations are also what they appear to be – reconstruction cost estimates that do not include estimated debris removal costs.

28. The "with debris removal" valuations relied on by Defendants in establishing Plaintiff's

liability limits described as Coverage A were approximately 4.5% higher than "without debris removal" valuations set forth in the Reports (or that could have been set forth in the Reports at Defendants' request).

29. The liability limits that Defendants represented and sold to Plaintiff as "Coverage A" were approximately 4.5% higher than they would have been had Defendants based those limits on "reconstruction cost without debris removal" valuations.

30. At no time did Defendants inform Plaintiff that the liability limits described in policy declarations as "Coverage A" had been inflated with the cost of estimated debris removal expense.

31. At no time prior to purchasing or renewing her homeowners' policies was Plaintiff provided with Reports on which the liability limits represented as Coverage A were based.

32. At no time prior to purchasing or renewing her homeowners' policies was Plaintiff given the option of purchasing true Coverage A limits, i.e., limits not inflated by the cost of removing debris from the premises following a total loss of the Property.

33. On information and belief, during the time period relevant to this Complaint, the liability limits represented and sold to homeowners as Coverage A were inflated by Defendants by the amount of the cost of estimated debris removal expense.

34. True (i.e., "reconstruction cost without debris removal") Coverage A limits were sufficient for Plaintiff's needs and the needs of the class that Plaintiff seeks to represent. Even without accounting for any amounts of true Coverage A limits that might not be used for physical damage resulting from a loss (thus making them available to cover debris removal expense), the additional 5% of such limits available solely to pay the expenses for removing debris from the premises exceeded the percentage (4.5%) by which the limits described as

6

"Coverage A" were improperly inflated.

35. By way of illustration, the liability limit misrepresented as "Coverage A" in Exhibit 2 is $295,000, which reflects a 100% "reconstruction cost with debris removal" valuation. Of this limit, approximately $13,275 (4.5%) represents the cost of estimated debris removal expense added by Defendants, meaning that Plaintiff's current, true Coverage A limit should be about $281,725. In the event of a loss, any portion of this true Coverage A limit not used to repair physical damage to the Property would be available to Plaintiff to pay debris removal expense, plus Plaintiff could use an additional 5% of this true limit – $14,086 – if needed for debris removal expense, an amount that obviously exceeds the $13,275 that Defendants calculated Plaintiff needed in total for debris removal coverage. And Plaintiff's premium would have been less. Similarly, if for example Plaintiff had purchased a true Coverage A limit reflecting 90% of a "without debris removal" valuation (because, for example, she determined that the savings from a lower premium outweighed the potential benefits of a higher limit), the 5% of that Coverage A limit available to cover debris removal expense would have been less than the Program's debris removal estimate but still sufficient for her needs.

36. Plaintiff was deceived and defrauded by being sold liability limits that were misrepresented in policy declarations as Coverage A when they were, in fact, "*Coverage A Plus Extra Debris Removal Coverage*" limits that Defendants knew or should have known Plaintiff and class members did not need; moreover, Plaintiff and class members were not informed of relevant facts regarding what those liability limits represented or how they were determined.

37. Plaintiff alleges, on information and belief, that during the relevant time period Defendants

have not received any homeowner claims for debris removal expense benefits that exceeded 5% of CoreLogic's "reconstruction cost without debris removal" valuation of the subject property for the applicable policy term.

38. Defendants intended that Plaintiff rely on their misrepresentations, including those on declarations pages, Plaintiff relied on the misrepresentations, and Plaintiff's reliance was reasonable under the circumstances. Were it not for Defendants' unlawful conduct, Plaintiff would not have purchased misrepresented and unnecessarily-inflated Coverage A liability limits.

39. Defendants knew or had reason to know that their conduct was improper, unfair, and deceptive. As insurers licensed to sell homeowners insurance policies in New Jersey, it is reasonable to expect Defendants to be familiar with the nature and scope of the insurance coverages they sell. It is also reasonable to expect Defendants to be familiar with the provisions of the insurance policies they market and sell to homeowners, which already provide sufficient debris removal expense coverage at no additional cost.

40. Plaintiff suffered financial loss as a result of being sold liability limits misrepresented as Coverage A that were, in fact, something else (i.e., "Coverage A Plus Extra Debris Removal Coverage" limits) and that she did not want or need.

41. Plaintiff purchased and renewed Defendants' homeowners' policies, which are deceptive and include unfairly inflated Coverage A liability limits. Plaintiff paid monies for said inflated Coverage A limits in order to obtain and maintain insurance for the Property.

42. If Defendants cease their unfair and deceptive practices, and if Defendants discontinue violating New Jersey law and their own policies, then Plaintiff would consider returning as a customer to purchase another homeowners policy from Defendants.

**Facts Concerning Defendants' Joint and Several Liability**

43. At all times relevant to this complaint, St. Paul Protective has been a wholly-owned subsidiary of St. Paul Fire, which has been a wholly-owned subsidiary of Travelers Property and/or Travelers Indemnity.

44. Plaintiff alleges on information and belief that at times relevant to this Complaint Travelers Property, Travelers Indemnity, and St. Paul Fire provided management and other services for St. Paul Protective, the underwriter, and other insurance subsidiaries of said companies conducting business in New Jersey.

45. Plaintiff alleges specifically on information and belief that Travelers Property, Travelers Indemnity, and St. Paul Fire formulated, implemented, directed, and/or ratified the underwriting and sales practices of St. Paul Protective and other insurance subsidiaries of said companies at issue in this case.

46. Travelers Property and Travelers Indemnity (collectively, "Travelers") participated in the marketing and sale of homeowners insurance policies issued by St. Paul Protective during the class period, including the policies sold to Plaintiff. For example, the policy declarations provided to Plaintiff in connection with her current policy were accompanied by a "welcome letter" from Travelers; contained the Travelers corporate logo; described St. Paul Protective as a subsidiary or affiliate of Travelers; directed Plaintiff to the Travelers website to manage her policy and for billing details; and stated that Plaintiff should contact her agent or a "Travelers Representative" if interested in a policy review.

**Class Action Allegations**

47. Plaintiff brings this action on behalf of herself and all other individuals similarly situated. Subject to discovery and further investigation, the "New Jersey Class" is initially defined

as follows:

> All consumers who, within the applicable statutory period, purchased one or more homeowners insurance policies issued by Travelers or a Travelers subsidiary covering a property in New Jersey, which policies' declarations set forth liability limits described as Coverage A that were based on "reconstruction cost with debris removal" valuations.

Subject to discovery and further investigation, the "Multi-State Class" is initially defined as follows pursuant to Fed. R. Civ. P. 23(b)(3):

> All consumers who, on or after the earliest date that is within the civil fraud statutes of limitations of individual jurisdictions, purchased one or more homeowners insurance policies issued by Travelers or a Travelers subsidiary covering a property in said jurisdictions, which policies' declarations set forth liability limits described as Coverage A that were based on "reconstruction cost with debris removal" valuations.

A sub-class of each of the above classes is comprised of class members who purchased one or more homeowners' insurance policies from St. Paul Protective, to whom St. Paul Protective is alleged to be jointly and severally liable with Travelers. Alternatively, Plaintiff pleads classes and sub-classes under Fed. R. Civ. P. 23(b)(2), to be further defined as necessary and appropriate.

48. Excluded from the Class are the Judge assigned to this case and members of such Judge's staff and immediate family; current officers and employees of Defendants; and persons who have released Defendants for the claims asserted.

49. **Numerosity – Fed. R. Civ. P. 23(a)(1).** The Class Members are so numerous that their individual joinder is impracticable. The exact number or identification of the Class Members is presently unknown, but it is believed that there are thousands of Class Members. The identity of the Class Members is ascertainable. In addition to underwriting and registration rolls maintained by the Defendants, the Class Members may be located

and informed of the pendency of this action by a combination of electronic bulletins, e-mail, direct mail and public notice, or other means.

50. **Commonality – Fed. R. Civ. P. 23(a)(2).** There are issues of law and fact common to the class, which common issues predominate over any issues particular to individual class members. Common issues include:

    a.   whether Defendants are insurance companies;

    b.   whether Defendants' policies covering New Jersey properties were fire insurance policies;

    c.   whether liability limits in Defendants' policies based on "reconstruction cost with debris removal" valuations exceeded the fair value of properties, including any differences between the actual values of the insured properties and the amounts actually expended to repair, rebuild or replace properties damaged or destroyed by fire or other perils insured against with new materials of like size, kind and quality;

    d.   whether Defendants' sale of liability limits described as Coverage A in policy declarations was unfair and/or deceptive and/or otherwise unlawful as alleged herein;

    e.   whether Defendants are jointly and severally liable for harm caused by their unlawful conduct, and;

    f.   whether Defendants' unlawful conduct was willful.

51. **Typicality – Fed. R. Civ. P. 23(a)(3).** Plaintiff's claims are typical of the claims of class members. Plaintiff and all class members were all injured by the same unlawful business

practices alleged herein. All claims are based on the same legal theories, and all claims arise from the same allegedly unlawful conduct.

52. **Adequacy – Fed. R. Civ. P. 23(a)(4); 23(g)(1).** Plaintiff will fairly and adequately protect the interests of all class members. Plaintiff is committed to a vigorous and successful prosecution of this action, is familiar with the legal and factual issues involved, and has retained counsel experienced in the litigation of consumer class actions, including cases involving unlawful insurance practices. Neither Plaintiff nor counsel have any interest or conflict that might cause them to not vigorously pursue this action.

53. **Predominance and Superiority – Fed. R. Civ. P. 23(b)(3).** Class certification is appropriate under Fed. R. Civ. P. 23(b)(3) because common questions of law or fact predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. A class action is superior to other available methods for the fair and efficient adjudication of this controversy, since: (a) the economic harm suffered by many class members is not substantial, hence the expense and burden of individual litigation is economically unfeasible; and (b) the prosecution of separate lawsuits by individual class members would entail the risk of inconsistent and conflicting adjudications that could establish conflicting standards of conduct for Defendants. Moreover, there will be no unusual or extraordinary management difficulties in administering this case as a class action.

54. Once these questions are answered in the affirmative, all that will be required is the mechanical calculation of damages owed to each Class Member. These calculations will be easily done based on the information contained in Defendants' records. The Class Members have little interest in individually controlling the prosecution of separate actions.

There is no other litigation already commenced by or against members of the Class involving any of the same issues.

55. The large size of the Class, likely in the thousands at least, and the minimal difficulties likely to be encountered in the management of the action as a class action, further support the conclusion that this case should be maintained as a class action.

56. Joinder of all class members would be impractical, as would the maintenance of thousands of separate lawsuits, each brought to resolve identical legal and factual questions. By contrast, there will be minimal difficulties in maintaining the action as a class action, including in terms of calculating damages.

57. In view of the complexities of the issues and the expenses of litigation, the separate claims of individual class members are insufficient to support separate actions. Many members of the Class have been cheated out of only a few hundred dollars, or even less. The cost to bring litigation on behalf of each class member far exceeds the amount by which each individual plaintiff was damaged.

58. Further, individual litigation has the potential to result in inconsistent or contradictory judgments. A class action in this case presents fewer management problems and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.  The class, as defined herein, is ascertainable from the Defendants' records or from records which the Defendants have access and control.

## COUNT I

**Violation of the New Jersey Consumer Fraud Act, N.J. Stat. § 56:8-1, et seq.**

59. The allegations of all preceding paragraphs are incorporated herein by reference as if fully set forth.

52. At all relevant times Plaintiff and Defendants were "persons" as defined by N.J. Stat. § 56:8-1(d).

53. A homeowners' insurance policy is "merchandise" as defined by N.J. Stat. § 56:8-1(c).

54. Defendants engaged in commercial practices involving deception, fraud, and misrepresentations.

55. Defendants engaged in a "scheme not to sell the item or service so advertised or not to sell the same at the advertised price [which] is an unlawful practice and a violation of the act to which this act is a supplement." N.J. Stat. § 56:8-2.2.

56. Defendants knowingly concealed, suppressed, and omitted materials facts in connection with their sale of homeowners' insurance policies to consumers with the intent that homeowners rely on such concealment, suppression, and omission.

57. Plaintiff was harmed by purchasing liability limits that were misrepresented, that were excessive and unnecessary, and that she would not have purchased in the absence of Defendants' misconduct, resulting in financial loss.

60. N.J. Stat. § 17:36-5.19 states in pertinent part:

> Every such fire insurance policy shall insure, limited to the amounts of insurance specified therein, the named insured and legal representatives, to the extent of the actual cash value of the property at the time of loss, ***but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss,*** without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the insured, against all direct loss by fire, lightning, and by removal from premises endangered by the perils insured against in such policy, except as thereinafter provided, to the property described therein while located or contained as described in such policy, or pro rata for 5 days at each proper place to which any of the property

> shall necessarily be removed for preservation from the perils insured
> against in such policy, but not elsewhere.

*Id.* (emphasis added).

61. Each policy issued to Plaintiff covered the risk of damage to the Property and was therefore a "fire insurance policy" within the meaning of N.J. Stat. § 17:36-5.19.

62. Defendants sold policies to Plaintiff with liability limits that exceeded those permitted by § 17:36-5.19.

63. Plaintiff suffered financial harm as set forth herein.

64. Defendants are liable for a refund of all monies acquired resulting from their unlawful practice of selling policies with Coverage A limits that exceeded the maximum limits permitted by N.J. Stat. § 56:8-2.11.

65. Defendants are liable to Plaintiff in restitution for monies wrongfully obtained from their unlawful conduct.

66. Further, Defendants are required to stop the practice of improperly selling policies that violate § 17:36-5.19.

## COUNT II

**Breach of Contract and Breach of Implied Covenant of Good Faith and Fair Dealing**

67. Plaintiff restates all preceding allegations and incorporates them herein by reference.

68. The insurance policies sold to Plaintiff stated that debris removal expense coverage would be provided to Plaintiff for no additional premium.

69. Defendants expressly breached their contracts with Plaintiff by charging additional premiums for debris removal coverage, as a result of which Plaintiff suffered financial loss.

70. Defendants expressly breached their contractual promises to provide the insurance described in the Policy in return for the premium ("We will provide the insurance described

15

in this policy in return for the premium and compliance with all applicable provisions of this policy" and "We cover . . . [t]he dwelling on the 'residence premises' shown in the Declarations." *See* Exhibit 1 at A-1 and P-1.).

71. The insurance policy sold to Plaintiff, like all similar insurance contracts, impose on each party a duty of good faith and fair dealing in their performance and their enforcement.

72. Despite this duty, Defendants sold illusory insurance coverage to Plaintiff and other similarly situated policyholders that breached the contract, including the duty of good faith and fair dealing.

73. Defendants breached the policy by failing to disclose that coverage for debris removal was built into Coverage A and fully paid for with the Coverage A premium, and Defendants instead charged illegal excessive premiums for debris removal expense coverage that Plaintiff did not need, did not want, and was not informed of.

74. Plaintiff and other similarly situated policyholders have been proximately injured as a result of Defendants' breach of contract, including express breach of contract, and breach of the duty of good faith and fair dealing and are thus entitled to damages proximately caused them by said breach.

75. Each policy issued to Plaintiff covered the risk of fire damage to the Property and was therefore a "fire insurance policy" within the meaning of N.J. Stat. § 17:36-5.19.

76. Section 17:36-5.19 states in pertinent part that a fire insurance policy on property situated in New Jersey may not be issued in an amount that exceeds the actual cash value of the property or the amount it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss. *Id.*

77. Defendants sold policies to Plaintiff with liability limits that exceeded those permitted by

§ 17:36-5.19.

78. Defendants breached the contract and the covenant of good faith and fair dealing by violating the duties and limitations imposed by N.J. Stat. § 17:36-5.19. Defendants offered, marketed, and sold polices with Coverage A liability limits exceeding what insurers can legally sell to consumers.

79. Defendants are liable to Plaintiff in restitution for monies wrongfully obtained from their unlawful conduct.

80. Further, Defendants are required to stop the practice of improperly selling policies that violate § 17:36-5.19.

## **COUNT III**

### **Unjust Enrichment**

81. Plaintiff restates all preceding allegations and incorporates them herein by reference.

82. Defendants have been enriched and have received a benefit as a consequence of their collection of illegal and excessive premiums and as a consequence of their receipt, retention, and failure to pay back the amounts by which they have been overpaid.

83. Plaintiff, and the Plaintiff Class, conferred a benefit upon Defendants.

84. Defendants appreciated those benefits and accepted and retained those benefits under circumstances that would render it inequitable for Defendants to retain the benefits without re-payment to Plaintiff and the Class.

85. Plaintiff and the Class were given illusory coverage as a consequence of Defendants' actions.

86. An injustice will result if Plaintiff's and the Class's recovery from the enrichment is denied.

87. Defendants have no legal or equitable entitlement to the money by which they have been overpaid, and in fact Plaintiff and the Class have a legal and equitable entitlement to that money. Defendants were never and not now entitled in equity or good conscience to be paid the millions of dollars by which they have been overpaid.

88. The money in equity and good conscience should be re-paid to Plaintiff and the Class, who have a better legal and equitable right and claim to the money.

89. Plaintiff and the Class reasonably relied on conduct and assertions of Defendants in purchasing the policies.

90. Recovery by Plaintiff and the Class would leave all parties concerned in the position they should be in but for Defendants' scheme.

91. Plaintiff and the Class have been directly and proximately injured as a result of and at the expense of Defendants' unjust enrichment.

92. Plaintiff and the Class have no adequate remedy at law.

## COUNT IV

### Declaratory Relief

93. Plaintiff restates all preceding allegations and incorporates them herein by reference.

94. The Declaratory Judgment Act, 28 U.S.C. § 2201(a), provides that in "a case of actual controversy within its jurisdiction . . . any court of the United States . . . may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought." 28 U.S.C. § 2201(a).

95. An actual controversy has arisen between Plaintiff and the Defendants as to the rights, duties, responsibilities and obligations of the parties under the Policy as to whether and to what extent:

    a.   Defendants inflate Coverage A limits with the estimated cost of debris removal expense that may be incurred.

    b.   Debris removal expense coverage sufficient for the homeowners' needs is already provided by the policy without increasing Coverage A liability limits to account for such expense and without additional premiums.

    c.   The declarations provided to homeowners prior to issuance of a new or renewal policy describe liability limits as "Coverage A" when they are in fact something else, namely, "Coverage A Plus Extra Debris Removal Coverage."

    d.   Defendants' misrepresentations and omissions dupe homeowners into buying coverage limits that are excessive and unnecessary.

96. Resolution of the duties, responsibilities and obligations of the parties is necessary as no adequate remedy at law exists and a declaration of the Court is needed to resolve the dispute and controversy.

97. Plaintiff seeks a Declaratory Judgment to determine a) through d) above, as defined in the Policy.

98. Plaintiff further seeks a Declaratory Judgment to affirm that losses incurred as a result of Defendants' actions.

    WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against Defendants, jointly and severally, as follows:

    A.    Enter an order certifying the proposed Class under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as Class Representative and her attorneys as Class Counsel to represent the Class Members;

    B.    Award Plaintiff and class members all damages incurred as allowed by law as a result of Defendants' action, including but not limited to compensatory damages, restitution damages, treble damages and punitive damages;

C.　　Reform the liability limits described as Coverage A in existing homeowners' policies so that Coverage A does not include extra debris removal coverage in violation of New Jersey law;

D.　　Enter an order entering judgment in favor of Plaintiff and the Class Members against Defendants and declaring the Defendants' conduct to be deceptive, wrongful, unfair and unconscionable;

E.　　Enjoin Defendants from continuing to engage in the unlawful conduct complained of;

F.　　Award Plaintiff and the Class prejudgment interest, at the rate of 6% per annum, on a joint and several liability basis against Defendants;

G.　　Awarding interest, costs, and reasonable attorney's fees; and

H.　　Awarding such further relief as shall be just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff and the Class respectfully request a jury trial for any and all Counts for which a trial by jury is permitted by law.

Dated: May 1, 2023

**CAROLINE HURLEY,** Plaintiff
By:

*/s/Kenneth J. Grunfeld*
Kenneth J. Grunfeld, Esq. (Bar ID No. 026091999)
Kevin W. Fay, Esq. (Bar ID No. 005692010)
GOLOMB SPIRT GRUNFELD, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax:　　(215) 985-4169
Email: kgrunfeld@golomblegal.com
　　　　kfay@golomblegal.com

*/s/Kenneth D. Quat* (to be admitted pro hac vice)
BBO#408640
QUAT LAW OFFICES
373 Winch Street
Framingham MA 01701
508-872-1261
ken@quatlaw.com

Attorneys for Plaintiff and the Class

20

# EXHIBIT 1

CAROLINE HURLEY
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836

INSURANCE AGENCY MGMT
230 HIGH ST
BURLINGTON, NJ 08016
0000 0CDP19

PL-50003 (03-12)



March 1, 2021

CAROLINE HURLEY
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836

**Your Policy**

 **608610690-633-1**
**115 CLOVER ST**
04/29/2021 to 04/29/2022

 Log in to MyTravelers.com to manage your policy and billing details.

# Welcome to Travelers!

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your policy documents

No one understands your needs better than you. So please take a moment to review and confirm your new insurance policy details, including:

- Your Declarations page, listing the coverage you purchased, your coverage limits and deductibles
- Insurance policy and endorsements
- Other important documents, including our privacy notice, billing options and more

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

## Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

On behalf of INSURANCE AGENCY MGMT, thank you for choosing Travelers to help you protect what matters. It's Better Under the Umbrella®.

**A faster, easier way to manage your account**

Visit **MyTravelers.com** or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:

- Manage your policy and bills
- Submit and monitor a claim



**Contact Information**
Policy questions or changes: 1.609.387.0606
24-hour claim service: 1.800.252.4633

**Additional Benefits**

As a valued customer, you may be eligible for certain programs for which you may receive goods, services, or other types of benefits. Visit travelers.com/additionalbenefits to learn more!

Sincerely,

*Michael Klein*

Michael Klein
President
Travelers Personal Insurance

---

**Take advantage of our other coverage options and multi-policy discount**


AUTO


BOAT & YACHT


UMBRELLA


VALUABLES

**Call your agent or Travelers representative at 1.609.387.0606 to find out more!**

PL-50352 (05-17)

YOUR AGENCY
**INSURANCE AGENCY MGMT**
230 HIGH ST
BURLINGTON, NJ 08016
PHONE: 1.609.387.0606 | FAX: (609) 387-5337



**YOUR POLICY**



608610690-633-1
**115 CLOVER ST**
Apr 29, 2021 to Apr 29, 2022

ⓘ Log in to MyTravelers.com to manage your policy and billing details.

# You're insured!

This document is intended to help you better understand your homeowners insurance. Your policy is effective from **April 29, 2021** to **April 29, 2022**. For a complete description of your coverage, please refer to your policy.



COVERAGE A
**Dwelling** and attached structures such as garages and decks

YOUR LIMIT
**$279,000**

COVERAGE B
**Other structures** such as detached garages and sheds

YOUR LIMIT *
**$27,900**

COVERAGE C
**Personal property** such as furniture and clothing

YOUR LIMIT *
**$139,500**

COVERAGE E
**Personal liability** for property damage and bodily injury to others

YOUR LIMIT
**$500,000**

COVERAGE D
**Loss of use** or access to your dwelling

YOUR LIMIT *
**$55,800**

**Deductibles**
Amount of a covered claim that is your responsibility

All Perils                    $1,000

COVERAGE F
**Medical payments** to others

YOUR LIMIT
**$5,000**

## You're receiving three discounts for a total savings of $326.00

- ◉ Early Quote
- ○ Multi-Policy
- ○ Water Protective Device
- ◉ Good Payer
- ○ Loss Free
- ○ Green Home
- ◉ Fire Protective Device
- ○ Theft Protective Device
- ○ Windstorm Mitigation

12-month total premium

**$1,638.00**

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.



As of March 1, 2021

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:



**Weather**

Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.



**Fire**

Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



**Theft or vandalism**

Your policy typically covers theft or vandalism of your property. See your policy for special limits on things such as collectibles, jewelry, and money.

**Take steps to protect your property and call us as soon as damage occurs.
For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:



**Floods are not covered**

Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.



**Earthquake coverage is optional**

Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.



**It's not for home maintenance**

Repairs due to wear and tear or lack of upkeep are not typically covered under your policy.

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy moves out
- Someone named on the policy passes away
- Someone moved onto your property

- You rent, sell, temporarily relocate, vacate or buy a new home
- Business is conducted on your property
- You renovate or build an addition
- You replace your roof

---

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.

## Homeowners Insurance Summary of Coverages – New Jersey

THIS SUMMARY HIGHLIGHTS THE NOTABLE COVERAGES AND EXCLUSIONS ASSOCIATED WITH YOUR HOMEOWNERS INSURANCE POLICY AND IS ONLY PROVIDED AS GUIDANCE IN HELPING YOU UNDERSTAND YOUR POLICY. THIS SUMMARY DOES NOT ALTER YOUR COVERAGE IN ANY WAY. YOUR INSURANCE POLICY IS A CONTRACT THAT GOVERNS YOUR LEGAL RIGHTS. PLEASE CONTACT YOUR AGENT OR TRAVELERS REPRESENTATIVE IF YOU HAVE ANY QUESTIONS.

REFER TO YOUR DECLARATIONS PAGE FOR INFORMATION ON DEDUCTIBLES AND THE SPECIFIC LIMITS OF YOUR POLICY FOR EACH OF THE INCLUDED COVERAGES. REFER TO THE APPLICABLE POLICY PROVISIONS FOR OTHER INFORMATION SPECIFIC TO THESE COVERAGES, AND ON ANY ADDED COVERAGES OR EXCLUSIONS IN YOUR POLICY. FOR ADDITIONAL GUIDANCE AND INFORMATION, SEE THE "INSURING YOUR HOME" GUIDE ON THE N.J. DEPARTMENT OF BANKING AND INSURANCE WEBSITE AT http://www.state.nj.us/dobi/division_consumers/pdf/insuringyourhome.pdf

Most homeowners policies in New Jersey include the following common coverages:

- **Dwelling (Coverage A)** pays if your house is damaged or destroyed by a covered loss.
- **Other structures (Coverage B)** pays if structures not attached to your house, such as detached garages, storage sheds and fences are damaged or destroyed by a covered loss.
- **Personal property (Coverage C)** pays if the items in your house (such as furniture, clothing and appliances) are damaged, stolen or destroyed by a covered loss.
- **Loss of use (Coverage D)** pays your additional living expenses (costs over the normal amount for housing, food, and other essential expenses) if you must temporarily move because damage to your house from a covered loss renders it uninhabitable and/or fair rental value (pays your loss of rental income) if your tenant must temporarily move because of damage to your house by a covered loss.
- **Personal liability (Coverage E)** pays to defend you in court against certain lawsuits and provides coverage if you are found legally responsible for someone else's injury or property damage.
- **Medical payments to others (Coverage F)** pays the medical bills of people hurt on your property. It might also pay for some injuries that happen away from your home, such as your dog biting someone at the park.

### Policy Features

- Companies may exclude coverage for certain losses. Even the most comprehensive policy will exclude certain types of damage.
- All policies include an all-peril deductible. The deductible is the portion for which you are responsible on a covered property loss.
- Some policies may include a separate, optional wind/hail deductible and/or a mandatory or optional hurricane deductible.
- Companies may offer coverages that include oil tank liability, coverage for water back up and sump pump overflow, ordinance or law coverage, earthquake and scheduled personal property such as jewelry, fine arts, furs or silverware.

| Your Policy Covers Losses Caused by | Your Policy Does Not Cover Losses Caused by |
|---|---|
| Fire and lightning | Flooding including tidal surge (Note: Flood insurance may be available through the National Flood Insurance Program (www.floodsmart.gov)) |
| Sudden and accidental damage by smoke | Any non-earthquake/non-sinkhole earth movement |
| Explosion | Birds, bats, vermin, rodents, raccoons, skunks, arachnids or insects |
| Theft | Freezing pipes (unless water was shut off or building was heated) |
| Vandalism and malicious mischief | Certain losses if your house is vacant for the number of days specified by your policy |
| Aircraft and vehicles | Wear and tear, rotting, maintenance and pollution |
| Windstorm or hail | Wind or hail damage to trees and shrubs |
| Sudden and accidental water damage | Mold, unless it is as a result of a covered loss (for example, mold damage due to flood would not be covered) |
| Weight of ice, snow or sleet | Liability which results from the ownership or use of an automobile and other types of motorized land vehicles, aircraft or certain watercraft |
| Riot and civil commotion | Intentional acts caused by you or a resident of your home |
|  | War or Nuclear Hazard |
|  | Water damage resulting from continuous and repeated seepage |
|  | Earthquake |
|  | Sinkhole |

HQ-T77 CW (05-17)

# TRAVELERS INSURANCE POLICY

---

## YOUR HOMEOWNERS POLICY QUICK REFERENCE

---

|  | Beginning on Page |
|---|---|

HOMEOWNERS POLICY DECLARATIONS ....................................................................................... D-1
    NAMED INSURED AND MAILING ADDRESS
    LOCATION OF YOUR RESIDENCE PREMISES
    YOUR AGENCY'S NAME AND ADDRESS
    MORTGAGEE NAME AND ADDRESS
    POLICY INFORMATION
    DISCOUNTS
    COVERAGES AND LIMITS OF LIABILITY
    DEDUCTIBLES

AGREEMENT ......................................................................................................................... A-1
DUTY TO REPORT CHANGES IN EXPOSURE ................................................................................. A-1
DEFINITIONS ........................................................................................................................ A-1
POLICY CONDITIONS .............................................................................................................. A-4

PROPERTY COVERAGE SECTION
    PROPERTY COVERAGE A – DWELLING ................................................................................. P-1
    PROPERTY COVERAGE B – OTHER STRUCTURES ................................................................... P-1
    PERILS INSURED AGAINST
        PROPERTY COVERAGE A – DWELLING
        PROPERTY COVERAGE B – OTHER STRUCTURES ............................................................ P-1
    PROPERTY COVERAGE C – PERSONAL PROPERTY .................................................................. P-3
    PERILS INSURED AGAINST
        PROPERTY COVERAGE C – PERSONAL PROPERTY ........................................................... P-5
    PROPERTY COVERAGE D – LOSS OF USE ............................................................................. P-6
    PROPERTY – ADDITIONAL COVERAGES ................................................................................ P-7
    PROPERTY – EXCLUSIONS ................................................................................................ P-11
    PROPERTY – CONDITIONS ................................................................................................ P-14

LIABILITY COVERAGE SECTION
    LIABILITY COVERAGE E – PERSONAL LIABILITY ..................................................................... L-1
    LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS .................................................... L-1
    LIABILITY – ADDITIONAL COVERAGES ................................................................................. L-1
    LIABILITY – EXCLUSIONS ................................................................................................... L-3
    LIABILITY – CONDITIONS ................................................................................................... L-8

SIGNATURE PAGE ................................................................................................................. S-1

© The Travelers Indemnity Company. All rights reserved.



## Homeowners Policy Declarations

**Named Insured and Mailing Address**
CAROLINE HURLEY
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836
CAROLINEMHURLEY@GMAIL.COM

**Your Agency's Name and Address**
INSURANCE AGENCY MGMT
230 HIGH ST
BURLINGTON, NJ 08016

**Residence Premises**
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836

**Mortgagee Name and Address**
1.  M&T BANK
    ISAOA/ATIMA
    PO BOX 1288
    BUFFALO, NY 14240-1288
    LOAN NUMBER: 0100371079

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 608610690 633 1 | **For Policy Service** | 1.609.387.0606 |
| **Your Account Number** | 606539815 | **For Claim Service** | 1.800.252.4633 |
| **Your Insurer:** | ST. PAUL PROTECTIVE INSURANCE COMPANY | | |
| | a subsidiary or affiliate of The Travelers Indemnity Company | | |
| | One Tower Square, Hartford, CT 06183 | | |

**The policy period is from April 29, 2021 at 12:01 A.M. STANDARD TIME to April 29, 2022 at 12:01 A.M. STANDARD TIME at the residence premises.**

| Total Premium for this Policy: | $1,638.00 |
|---|---|
| This is not a bill. The mortgagee will be billed separately for this policy. | |

### Other Adjustments

| | |
|---|---|
| New Jersey Property Liability Insurance Guaranty Association Surcharge | $10.00 |

### Discounts

The following discounts reduced your premium:

| | | |
|---|---|---|
| Early Quote | Good Payer | Fire Protective Device |

| **Savings Reflected in Your Total Premium:** | **$326.00** |
|---|---|



## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $279,000 |
| Coverage B – Other Structures | $27,900 |
| Coverage C – Personal Property | $139,500 |
| Coverage D – Loss of Use | $55,800 |

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $1,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
### Coverage Level: Travelers Protect Plus®

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

| Personal Property – Special Limits of Liability | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $1,000 |
| b. | Securities, accounts, passports, tickets, stamps | $3,500 |
| c. | Comic books and trading cards | $2,500 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $2,500 |
| e. | Theft of jewelry, watches, precious stone | $3,000 |
| f. | Theft of furs | $3,000 |
| g. | Theft of silverware, goldware, pewterware | $5,000 |
| h. | Theft of firearms and related equipment | $5,000 |
| i. | Theft of tools and their accessories | $2,500 |
| j. | Theft of rugs, tapestries and wall hangings | $2,500 |
| k. | Business property on the residence premises | $10,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $3,500 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $1,000 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $3,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

| Property – Additional Coverages | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |
| Trees, Shrubs and Other Plants | Per Tree $500 Per Loss $13,950 |
| (5% of Coverage A - Dwelling Limit) | |



| Named Insured | CAROLINE HURLEY | Policy Number | 608610690 633 1 |
|---|---|---|---|
| Policy Period | April 29, 2021 to April 29, 2022 | Issued On Date | March 1, 2021 |

| Property – Additional Coverages (continued) | Limit |
|---|---|
| Fire Department Service Charge | $1,000 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $27,900 |
| Personal Records and Data Replacement | $3,500 |
| Limited Fungi or Other Microbes Remediation | $10,000 |

*The applicable policy deductible applies unless otherwise noted.*

| Liability – Additional Coverages | Limit |
|---|---|
| Damage to Property of Others | $5,000 |
| Loss Assessment | $1,000 |
| Limited Fungi or Other Microbes Liability Coverage | |
|     Coverage E – Aggregate Limit of Liability | $50,000 |
|     Coverage F – Sub Limit of Liability | $5,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Workers' Compensation and Employers' Liability Residence Employees | HQ-090 NJ (05-17) | | $2.00 |
|     Bodily Injury Limits  $500,000/$500,000 | | | |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CW (05-17) | | Included* |

***Note:** The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:                Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Limited Fungi or Other Microbes Liability Coverage | HQ-829 CW (05-17) |
| Special Provisions - New Jersey | HQ-300 NJ (05-17) |
| Additional Benefits | HQ-860 CW (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.**



## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| # of Families: 1 Family | Year Built: 1885 | Construction Type: Frame |
| # of Stories: 2 | Square Footage: 1100 | Siding Type: Vinyl |
| # of Bathrooms: 1 | Age of Roof: 10 | Roof Material Type: Asphalt-Fiberglass |
| Garage - Number of Cars: 1 | Garage Type: Attached | Foundation Type: Basement |
| # of Employees: 00 | | Finished Basement: 00 |

Issued on 03-01-2021

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy.  Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete.  If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative.   We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6086106906331 and product code QH2 to view all available discounts.  Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

If you have recently replaced your roof it is important that you inform your Travelers Representative.

HQ-D77 CW (05-17)

# TRAVELERS INSURANCE POLICY

**St. Paul Protective Insurance Company**
One Tower Square, Hartford, Connecticut 06183
(A Stock Insurance Company)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DUTY TO REPORT CHANGES IN EXPOSURE

You or an "insured" must notify us when:

1. There is a change to the mailing or "residence premises" address shown in the Declarations;

2. A named "insured" no longer resides on the "residence premises" or a person or persons begin to reside on the "residence premises";

3. A named "insured" dies;

4. Title to or ownership of the "residence premises" changes;

5. There is a change to the use of the "residence premises" with respect to "business" conducted or rental activity;

6. An addition, alteration or renovation is made to a dwelling or other building on the "residence premises"; or

7. A named "insured" acquires a replacement or additional residential property.

If you fail to report a change relating to the insured property within 60 days, it may result in denial of coverage under this policy.

## DEFINITIONS

In this policy, you and your refer to:

a. The named "insured" shown in the Declarations; and

b. The spouse if a resident of the same household. The term spouse includes, if a resident of the same household:

(1) The civil partner of the named "insured", provided such civil union was obtained in a state where a civil union is legally recognized; or

(2) The domestic partner of the named "insured", provided such domestic partner was in a continuing spouse-like relationship with the named "insured" for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a domestic partner or partner by civil union of any other person.

In this policy, we, us and our refer to the member company of Travelers providing this insurance and shown as Your Insurer in the Declarations.

In this policy, certain words and phrases are in quotes. Those words and phrases are defined as follows:

1. "Aircraft" means any device used or designed for flight, including any:

   a. Unmanned flying device, self-propelled missile or spacecraft; and

   b. Accessory, equipment or part for such device, whether or not attached to the device.

   Under Property Coverage C – Personal Property, Liability Coverage E – Personal Liability, Liability Coverage F – Medical Payments to Others and Liability – Additional Coverages, "aircraft" does not include any unmanned flying device that:

   a. Is used or operated for recreational purposes only; and

   b. Weighs less than 10 pounds with or without any accessory, equipment or part attached.

2. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability" mean liability for "bodily injury" or "property damage" arising out of the:

   a. Ownership of such vehicle or craft by an "insured";

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-D77 CW (05-17)

**b.** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**c.** Entrustment of such vehicle or craft by an "insured" to any person;

**d.** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**e.** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

For the purpose of this definition:

**a.** Aircraft means an "aircraft" as defined in Definitions **1.**;

**b.** Hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles;

**c.** Motor vehicle means a "motor vehicle" as defined in Definitions **11.**; and

**d.** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor.

**3.** "Apartment" means a single room or set of rooms, rented or held for rental, that is part of a covered building and is intended as a place to stay or reside, regardless of the length of the habitation.

**4.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**5.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(2)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(3)** Providing home day care services to a relative of an "insured".

**6.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**7.** "Fuel system" means:

**a.** One or more containers, tanks or vessels which have a total combined fuel storage capacity of 100 or more U.S. gallons; and

**(1)** Are, or were, used to hold fuel; and

**(2)** Are, or were, located on any one location;

**b.** Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in **7.a.**;

**c.** Filler pipes and flues connected to one or more containers, tanks or vessels described in **7.a.**;

**d.** A boiler, furnace or a water heater, the fuel for which is stored in a container, tank or vessel described in **7.a.**;

**e.** Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in **7.a.**; or

**f.** A structure that is specifically designed and built to hold escaped or released fuel from one or more containers, tanks or vessels described in **7.a.**

A "fuel system" does not include any fuel tanks that are permanently affixed to a "motor vehicle" or watercraft owned by an "insured", used for powering the "motor vehicle" or watercraft and not used at any time or in any manner for "business".

**8.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

Under the Liability Coverage Section, this does not include any "fungi" that are, are on, or are contained in, products or goods intended for consumption.

**9.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in the care of any person named above;

**b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** 21 and in your care or the care of a person described in **9.a.(1)**; or

**c.** Any Additional Insured named in the Declarations, but only with respect to Coverages A, B, E and F if applicable to your policy and only for the "residence premises".

**d.** Under the Liability Coverage Section:

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **9.a.** or **b.**

"Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to any vehicle to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person included in **9.a.** or **b.**; or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both the Property and Liability Coverage Sections of this policy, when the word <u>an</u> immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**10.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence and:

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **10.a.** and **b.**;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured";

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use;

**i.** Any premises owned by you and rented to others for use as a residence by not more than four families, if shown in the Declarations as an Additional Residence Rented to Others; or

**j.** Any other structure on the "residence premises" rented to others as a private residence if a limit of liability is shown in the Declarations as Structures Rented to Others.

**11.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semi-trailer which is being carried on, towed by or hitched for towing by a vehicle described in **11.a.**

"Motor vehicle" does not include model, hobby or children's toy vehicles.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**13.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials. Waste includes materials to be recycled, reconditioned or reclaimed.

**14.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**15.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, if the employee's duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured."

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-D77 CW (05-17)

16. "Residence premises" means:

    a. The one family dwelling or unit where you reside; or

    b. The two, three or four family dwelling where you reside in at least one of the family units;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

17. "Vacant" means the dwelling or unit lacks the necessary amenities, adequate furnishings or utilities and services required to sustain normal occupancy. A dwelling or unit being constructed is not considered "vacant".

## POLICY CONDITIONS

1. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions of coverage, whether that general program revision is implemented through introduction of:

   a. A subsequent edition of this policy form; or

   b. An amendatory endorsement.

2. **Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

3. **Duty to Cooperate and Inform.** The coverage provided by this policy and the premium charged for this policy are based on information you have given us. You agree:

   a. To cooperate with us in determining if this information is correct and complete;

   b. To inform us of any change in title, use or occupancy of the "residence premises".

   c. That if within 90 days of the policy effective date this information changes, is incorrect or incomplete, we may adjust your coverage and premium accordingly by giving you notice. This notice may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. The notice will contain the changed, incorrect or incomplete information along with the resulting premium change.

4. **Cancellation.** This policy may be cancelled during the policy period as follows:

   a. A named "insured" shown in the Declarations may cancel this policy by:

       (1) Returning this policy to us; or

       (2) Giving us advance written notice of the date cancellation is to take effect.

   We may accept another form of notice from a named "insured". The cancellation by a named "insured" will be binding on any other named "insured".

   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

       (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect;

       (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect; or

       (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

           (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

           (b) If the risk has changed substantially since the policy was issued.

       This can be done by letting you know at least 30 days before the date cancellation takes effect.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

If specific Cancellation provisions apply in your state, they will appear in the **Special Provisions Endorsement** that is part of this policy.

    **c.**  When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    **d.**  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**5.**  **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, electronically transmitting to you, if permissible by law, or mailing to you at the mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

If we offer to renew and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If specific Nonrenewal provisions apply in your state, they will appear in the **Special Provisions Endorsement** that is part of this policy.

**6.**  **Assignment.** Assignment of this policy is void unless we give our written consent. We, as the non-assigning party, will not recognize any assignment of this policy unless our written consent is provided.

**7.**  **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under the Liability Coverage Section to Medical Payments to Others or Damage to Property of Others.

**8.**  **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

    **a.**  We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

    **b.**  "Insured" will then also include:

        **(1)**  An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

        **(2)**  With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## TRAVELERS HOMEOWNERS INSURANCE POLICY

### PROPERTY COVERAGE SECTION

### PROPERTY COVERAGE A - DWELLING

**1.** We cover:

    **a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

    **b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

### PROPERTY COVERAGE B – OTHER STRUCTURES

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection. It also includes other structures that are not buildings, including driveways, walkways and patios.

**2.** We do not cover:

    **a.** Land, including land on which the other structures are located;

    **b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage. We do cover other structures rented to others as a private residence for which a limit of liability is shown in the Declarations for Structures Rented to Others;

    **c.** Other structures from which any "business" is conducted; or

    **d.** Other structures used to store "business" property. We do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

### PERILS INSURED AGAINST
### PROPERTY COVERAGE A – DWELLING
### PROPERTY COVERAGE B – OTHER STRUCTURES

**1.** We insure against direct physical loss to property described in Property Coverages A and B.

**2.** We do not insure for loss:

    **a.** Excluded under Property - Exclusions;

    **b.** Involving collapse or danger of collapse, except as provided in Property - Additional Coverage **9.** Collapse; or

    **c.** Caused by:

      **(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion does not apply if you have used reasonable care to:

        **(a)** Maintain heat in the building; or

        **(b)** Shut off the water supply and drain all systems and appliances of water.

      If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

      For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment;

      **(2)** Freezing, thawing, pressure or weight of water, ice or snow, whether driven by wind or not, to a:

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(a) Fence, pavement or patio;

(b) Outdoor spa or hot tub, outdoor sauna or outdoor swimming pool and any related equipment;

(c) Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building or other structure;

(d) Retaining wall or bulkhead that does not support all or part of a building or other structure; or

(e) Pier, wharf or dock.

This exclusion applies whether any item identified in **(2)(a)** through **(e)** of this exclusion is wholly or partially above or below ground;

(3) Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

(4) Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss regardless of the policy's inception or renewal date;

(5) Theft or vandalism and malicious mischief in or to a dwelling while rented to others by an "insured" for a rental term of less than 30 consecutive days; or

(6) Any of the following:

(a) Wear and tear, marring, scratching or deterioration;

(b) Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

(c) Smog, rot, rust or other corrosion;

(d) Smoke from agricultural smudging or industrial operations;

(e) Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Property Coverage C;

(f) Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings. This exclusion applies whether any item is wholly or partially above or below ground;

(g) Birds, bats, vermin, rodents, raccoons, skunks, arachnids or insects;

(h) Nesting or infestation, or discharge or release of waste products or secretions, by any animals;

(i) Animals owned or kept by an "insured" or "residence employee"; or

(j) Presence, pressure or intrusion of any root system.

**Exception to c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Property Coverages A and B resulting from an accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, that causes damage to a building on the "residence premises", if the accidental discharge or overflow of water or steam originates from within a system or appliance:

a. On the "residence premises"; or

b. Off the "residence premises", if located on a premises adjacent to the "residence premises".

This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance from which this water or steam escaped.

We do not cover loss:

a. To the system or appliance from which this water or steam escaped;

b. Caused by accidental discharge or overflow of water or steam from within a storm drain whether located on or off the "residence premises"; or

c. Caused by accidental discharge or overflow of water or steam from within a steam or sewer pipe located off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

subsurface water, roof drain, gutter, down spout or similar fixtures or equipment.

Under Perils Insured Against **2.b.** and **c.**, any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

## PROPERTY COVERAGE C – PERSONAL PROPERTY

1. **Covered Property.** We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or

   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

   This request may be made after a loss.

2. **Limit for Property at Other Locations.**

   a. **Other Residences.**

      Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Property Coverage C, or $1,000, whichever is greater. This limitation does not apply to personal property:

      (1) Moved from the "residence premises" because the "residence premises" is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in;

      (2) Removed, for a period of 60 days or less, from the "residence premises" endangered by a Peril Insured Against; or

      (3) In a newly acquired principal residence for 60 days from the time you begin to move the property there.

   b. **Storage Facilities.**

      Our limit of liability for personal property owned or used by an "insured" and located in a storage facility is 10% of the limit of liability for Property Coverage C, or $1,000, whichever is greater. This limitation does not apply to personal property:

      (1) Moved from the "residence premises" because the "residence premises" is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in;

      (2) Removed, for a period of 60 days or less, from the "residence premises" endangered by a Peril Insured Against; or

      (3) Usually located in an "insured's" residence, other than the "residence premises".

3. **Special Limits of Liability.** The following categories of personal property are covered only up to the Special Limits of Liability indicated below or shown in the Declarations. The special limit for each category described below is the total limit for each loss for all property in that category. These special limits do not increase the Property Coverage C limit of liability.

   a. Money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards, gift certificates, digital currency and any related currencies used in place of money.

   b. Securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps. This limit includes the cost to research, replace or restore information from the lost or damaged material.

   c. Comic books and trading cards, including sport cards, game cards and non-sports cards.

   d. Collectibles, including figurines, glassware, marble, porcelains, statuary and similar articles.

   e. Loss by theft of jewelry, watches, precious and semiprecious stones.

   f. Loss by theft of furs.

   g. Loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold, platinum or pewter.

   h. Loss by theft of firearms and related equipment.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

i.   Loss by theft of tools and their accessories.

j.   Loss by theft of any rugs, carpets, tapestries, wall hangings or other similar articles. This limit does not apply to wall-to-wall carpet.

k.   Covered property, on the "residence premises", used primarily for "business" purposes.

l.   Covered property, away from the "residence premises", used primarily for "business" purposes. This limit does not apply to loss to electronic apparatus and accessories while in or upon a "motor vehicle".

m.   Trailers or semitrailers not used with watercraft.

n.   "Motor vehicle" accessories, equipment or parts while not attached to, located in or upon or while removed from any "motor vehicle".

o.   Electronic apparatus and accessories, while in or upon a "motor vehicle" or watercraft, but only if the apparatus is equipped to be operated by power from the "motor vehicle's" or watercraft's electrical system while still capable of being operated by other power sources.

p.   $500 for tapes, records, discs, antennas, wires, electronic music and movies or other media that can be used with any electronic apparatus and accessories while in or upon a "motor vehicle" or watercraft.

q.   $1,500 for watercraft, including their trailers, furnishings, accessories, equipment, parts and outboard engines or motors.

     This limit does not apply to non-motorized personal craft under 20 feet in length, such as kayaks, surf boards, canoes, paddle boards, row boats, wind surfers or kite boards.

r.   $250 for legally obtained or prescribed marijuana.

s.   $1,000 for fine arts, including paintings, etchings, drawings, lithographs, photographs, sculptures and other bonafide works of art of rarity, historical value or artistic merit.

**4.   Property Not Covered.**

We do not cover:

a.   Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

b.   Animals, birds or fish;

c.   "Motor vehicles".

     **(1)** This includes:

**(a)** Accessories, equipment and parts; or

**(b)** Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle".

The exclusion of property described in **4.c.(1)(a)** and **(b)** applies only while such property is attached to or located in or upon the "motor vehicle";

**(2)** We do cover "motor vehicles" not required to be registered for use on public roads or property, which are:

**(a)** Used to service an "insured's" residence; or

**(b)** Designed to assist the handicapped;

d.   "Aircraft";

e.   Hovercraft, including accessories, equipment and parts, whether or not attached to the hovercraft. Hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles;

f.   Property of roomers, boarders, tenants and other occupants who provide compensation to an "insured" for use of all or part of the "residence premises". This includes property of guests of any such roomer, boarder, tenant or other occupant.

We do cover property of roomers, boarders, tenants, other occupants and guests of any such roomer, boarder, tenant and other occupants related to an "insured";

g.   Property in an "apartment" rented or held for rental to others by an "insured", except as provided under Property - Additional Coverage **11.** Landlord's Furnishings;

h.   Property rented or held for rental to others off the "residence premises";

i.   "Business" or personal records or data, including such data stored in:

**(1)** Books of account, drawings or other paper records;

**(2)** Computers and related or similar equipment; or

**(3)** Digital, electronic or virtual form;

except as provided in Property – Additional Coverage **14.** Personal Records and Data Replacement.

We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-P03 CW (05-17)

j.  Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in Property - Additional Coverage **7. Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money;**

k.  Grave markers, except as provided in Property - Additional Coverage **13.** Grave Markers; or

l.  Water or steam.

---

## PERILS INSURED AGAINST
## PROPERTY COVERAGE C – PERSONAL PROPERTY

---

We insure for direct physical loss to the property described in Property Coverage C caused by any of the following perils, unless the loss is excluded in Property - Exclusions.

**1.  Fire or Lightning.**

**2.  Windstorm or Hail.**

This peril includes loss to watercraft and their trailers, furnishings, accessories, equipment, parts and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3.  Explosion.**

**4.  Riot or Civil Commotion.**

**5.  Aircraft.**

This peril includes remotely operated, unmanned flying device, self-propelled missile or spacecraft.

**6.  Vehicles.**

**7.  Smoke.**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from the manufacture of controlled substances, agricultural smudging or industrial operations.

**8.  Vandalism or Malicious Mischief.**

This peril does not include loss to property caused by vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive

days immediately before the loss regardless of the policy's inception or renewal date.

**9.  Theft.**

a.  This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

b.  This peril does not include loss caused by theft:

(1)  Committed by an "insured";

(2)  In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

(3)  From that part of a "residence premises" rented by an "insured" to someone other than another "insured";

(4)  Anywhere on the "residence premises" when any portion is rented by an "insured" to someone other than another "insured" for a continuous period of less than 30 days; or

(5)  That occurs off the "residence premises" of:

(a)  Trailers, semitrailers and campers;

(b)  Watercraft, including their furnishings, accessories, equipment, parts and outboard engines or motors; or

(c)  Property while at any other residence owned by, rented to or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured", who is a student, is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

**10.  Falling Objects.**

This peril does not include loss to property contained in a building unless the roof or an

---

HQ-P03 CW (05-17)

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight of Ice, Snow or Sleet.**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

**12. Accidental Discharge or Overflow of Water or Steam.**

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance, if the accidental discharge or overflow of water or steam originates from within a system or appliance:

**(1)** On the "residence premises"; or

**(2)** Off the "residence premises", if located on a premises adjacent to the "residence premises".

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped;

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

**(3)** Caused by accidental discharge or overflow of water or steam from within a storm drain whether located on or off the "residence premises"; or

**(4)** Caused by accidental discharge or overflow of water or steam from within a steam or sewer pipe located off the "residence premises".

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or

subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

**d.** Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging.**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing.

**14. Freezing.**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden and Accidental Damage from Artificially Generated Electrical Current.**

---

## PROPERTY COVERAGE D – LOSS OF USE

The limit of liability for Property Coverage D is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use.

**1. Additional Living Expense.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your

household can maintain its normal standard of living.

Payment will be for the lesser of:

**a.** The shortest time required to:

**(1)** Repair or replace the damage; or

**(2)** Settle your household elsewhere, if you permanently relocate; or

**b.** 24 months.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-P03 CW (05-17)

2. **Fair Rental Value.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.

Coverage under Fair Rental Value will only apply when that part of the "residence premises" is held for rental or rented to others for a term of 6 consecutive months or more by the same roomer, boarder, tenant or other occupant who provides compensation to an "insured".

Payment will be for the shortest time required to repair or replace such premises, but for no more than 24 months.

Written proof that part of the "residence premises" is rented, was held for rental at the time of loss or has been rented within the 12 months prior to the date of loss is required.

3. **Civil Authority Prohibits Use.** If a civil authority prohibits you from use of the "residence premises" as a result of direct physical damage to neighboring premises caused by a Peril Insured Against under this policy, we cover resulting **1.** Additional Living Expense and **2.** Fair Rental Value as provided above for no more than 30 days. Neighboring premises means a premises in sufficient proximity to the "residence premises" that there exists a reasonable risk that the damage affecting the neighboring premises could endanger either the "residence premises" or the safety of its occupants while in the "residence premises".

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

4. **Loss or Expense Not Covered.** We do not cover loss or expense due to cancellation of a lease or agreement.

## PROPERTY - ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable deductible.

1. **Debris Removal.** We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for this Property – Additional Coverage, of that limit is available for such expense.

We do not pay for the removal of trees except as provided under Property – Additional Coverage **2.** Tree Removal. We also do not pay for:

a. Extraction of "pollutants" from land or water; or

b. Removal, restoration or replacement of polluted land or water.

2. **Tree Removal.** We will pay your reasonable expense, up to the limit shown in the Declarations for this Property - Additional Coverage, for the removal of trees fallen on the "residence premises" as a result of a Peril Insured Against, provided the tree(s):

a. Damage(s) a covered structure; or

b. Do(es) not damage a covered structure, but:

(1) Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

(2) Block(s) a ramp or other fixture designed to assist a person to enter or leave the dwelling building.

The Per Loss Limit shown in the Declarations for this Property – Additional Coverage is the most we will pay in any one loss regardless of the number of fallen trees. No more than the Per Tree Limit shown in the Declarations for this Property - Additional Coverage will be paid for the removal of any one tree.

3. **Reasonable Repairs.**

a. We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

b. If the measures taken involve repair to other damaged property, we will pay only if that

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

property is covered under this policy and the damage is caused by a Peril Insured Against.

This coverage does not increase the limit of liability that applies to the covered property or relieve you of your duties described in Property – Conditions **2.d.** Duties After Loss.

4. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

   a. Fire or Lightning;

   b. Explosion;

   c. Riot or Civil Commotion;

   d. Aircraft;

   e. Vehicles not owned or operated by a resident of the "residence premises";

   f. Vandalism or Malicious Mischief; or

   g. Theft.

   We will pay up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for all damaged trees, shrubs, plants or lawns. No more than the Per Tree Limit shown in the Declarations for this Property – Additional Coverage will be paid for any one tree, shrub or plant. We do not cover property illegally grown or grown for "business" purposes.

5. **Fire Department Service Charge.** We will pay up to the limit shown in the Declarations for this Property - Additional Coverage for reasonable and necessary fire department charges incurred by you when the fire department is called to save or protect covered property from a Peril Insured Against.

   No deductible applies to this coverage.

6. **Property Removed.** We insure covered property against direct loss from any cause while being removed from or returned to a premises endangered by a Peril Insured Against and for no more than 60 days while removed. This coverage does not change the limit of liability that applies to the removed property.

7. **Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money.**

   a. We will pay up to the limit shown in the Declarations for this Property - Additional Coverage for:

      (1) The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

      (2) Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

      (3) Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

      (4) Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

      No deductible applies to this coverage.

   b. All loss resulting from a series of acts:

      (1) Committed by any one person or group of persons acting in concert; or

      (2) In which any one person or group of persons acting in concert is concerned or implicated;

      is considered to be one loss.

   c. We do not cover:

      (1) Use of a credit card, electronic fund transfer card or access device:

         (a) By a resident of your household;

         (b) By a person who has been entrusted with either type of card or access device; or

         (c) If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

      (2) Loss arising out of "business" use or dishonesty of an "insured".

   d. If the coverage in **7.a.** applies, the following defense provisions also apply:

      (1) We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

      (2) If a suit is brought against an "insured" for liability under **7.a.(1)** or **(2)**, we will provide a defense at our expense by counsel of our choice.

      (3) We have the option to defend, at our expense, an "insured" or an "insured's" bank against any suit for the enforcement of payment under **7.a.(3)**.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

8. **Loss Assessment.**

   a. We will pay up to the limit shown in the Declarations for this Property - Additional Coverage for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Property Coverage A.

   This coverage does not apply to assessments made as a result of damage caused by earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity.

   We do cover loss caused directly by fire, explosion or theft resulting from earthquake and other earthquake shocks.

   The limit shown in the Declarations is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

   b. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

   c. Property - Condition **16.** Policy Period does not apply to this coverage.

9. **Collapse.**

   a. With respect to this Property - Additional Coverage:

      **(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

      **(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

      **(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

      **(4)** A building or any part of a building that is standing is not considered to be in a state

of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

   b. We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if the collapse was caused by one or more of the following:

      **(1)** A Peril Insured Against under Property Coverage C;

      **(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse or there are visible signs of damage and the "insured" has not taken prompt action to prevent further damage;

      **(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

      **(4)** Weight of contents, equipment, animals or people;

      **(5)** Weight of rain which collects on a roof; or

      **(6)** Use of defective material, methods or faulty, inadequate workmanship in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   c. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, footing, foundation, wall, floor, retaining wall, bulkhead, pier, wharf or dock, whether any item is wholly or partially above or below ground, is not included under **9.b.(2)** through **(6)**, unless the loss is a direct result of the collapse of a building or any part of a building.

   d. This coverage does not increase the limit of liability that applies to the damaged covered property.

10. **Glass or Safety Glazing Material.**

   a. We cover:

      **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

      **(2)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

   b. This coverage does not include loss:

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **10.a.(2)**; or

**(2)** On the "residence premises" if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**11. Landlord's Furnishings.** We will pay up to the limit shown in the Declarations for this Property - Additional Coverage for your appliances, carpeting and other household furnishings, in each "apartment" on the "residence premises" rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Property Coverage C, other than Theft.

This limit is the most we will pay in any one loss regardless the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability that applies to the damaged covered property.

**12. Ordinance or Law.**

**a.** You may use up to the percentage of Property Coverage A shown in the Declarations for this Property - Additional Coverage for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **12.a.**

**c.** We do not cover:

**(1)** Stigma damage or any actual or perceived reduction or diminution in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure.

**d.** The most we will pay for any increased costs to comply with any ordinance or law that becomes effective after the date of loss is $5,000.

**13. Grave Markers.** We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Property Coverage C.

This coverage does not increase the limits of liability that apply to the damaged covered property.

**14. Personal Records and Data Replacement.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage to research, replace or restore personal records or data lost as a result of a Peril Insured Against. This limit includes replacing or restoring information from the lost or damaged material, including blank recording, storage media and prerecorded computer programs available on the retail market.

We will pay only when the records or data are replaced or recreated.

**15. Inflation Coverage.** We may adjust the limits of liability for Property Coverage A at the beginning of each successive policy term to reflect estimated increases in rebuilding costs for your dwelling. We may also adjust the limits of liability for Property Coverages B, C and D. The rules then in use by us will determine the new amounts for these coverages.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Payment of the required premium when due for the successive policy term will be sufficient to indicate your acceptance of the adjusted increased limits.

We will also adjust the limits of liability at the time of a loss by the same percentage pro-rated from the effective date of the policy period or the effective date of change if you have requested a change to the limit of liability for Property Coverage A during the policy period.

**16. Limited "Fungi" or Other Microbes Remediation.**

a. If a loss covered under the Property Coverage Section results in "fungi" or other microbes, we will pay up to the limit shown in the Declarations for this Property - Additional Coverage for:

(1) Remediation of the "fungi" or other microbes. This includes payment for the reasonable and necessary cost to:

(a) Remove the "fungi" or other microbes from covered property or to repair, restore or replace that property; and

(b) Tear out and replace any part of the building as needed to gain access to the "fungi" or other microbes;

(2) Any reasonable and necessary:

(a) Increase in living expense you incur; or

(b) Loss of fair rental value;

as covered under Property Coverage D – Loss of Use, if the "fungi" or other microbes makes the "residence premises" not fit to live in; and

(3) Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or other microbes, whether performed prior to, during or after removal, repair, restoration or replacement.

b. We will pay under this Property - Additional Coverage only if:

(1) The covered loss occurs during the policy period;

(2) All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

(3) We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or other microbes.

c. The most we will pay under this Property - Additional Coverage is the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

(1) Number of locations or items of property insured under this policy; or

(2) Number of losses or claims made.

Any amount payable under Property Coverage D as described in **16.a.(2)** of this Property – Additional Coverage is included within the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation.

d. If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi" or other microbes, loss payment will not be limited by the terms of this Property – Additional Coverage, except to the extent that "fungi" or other microbes cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Property – Additional Coverage.

e. This coverage does not increase the limit of liability that applies to:

(1) The damaged property; or

(2) Property Coverage D – Loss of Use.

All other provisions of this policy apply to Property – Additional Coverages.

## PROPERTY – EXCLUSIONS

A. We do not insure for any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event:

(1) Results in widespread damage;

(2) Affects a substantial area; or

(3) Occurs gradually or suddenly.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-P03 CW (05-17)

These exclusions also apply whether or not the loss event arises from:

**(1)** Any acts of nature;

**(2)** Any human action or inaction;

**(3)** The forces of animals, plants or other living or dead organisms; or

**(4)** Any other natural or artificial process.

**1. Ordinance or Law,** meaning any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion, **A.1.a.,** does not apply to the amount of coverage that may be provided for under Property - Additional Coverage **12.** Ordinance or Law;

**b.** The requirements of which result in stigma damage or any actual or perceived reduction or diminution in value to property; or

**c.** Requiring an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

This exclusion applies whether or not the property has been physically damaged.

**2. Earth Movement,** meaning:

**a.** Earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity;

**b.** Volcano activity, including:

**(1)** Volcanic eruption;

**(2)** Volcanic explosion;

**(3)** Effusion of volcanic material; or

**(4)** Lava flow;

**c.** Mudslide, including mudflow, debris flow, landslide, avalanche or sediment;

**d.** Sinkhole;

**e.** Subsidence;

**f.** Excavation;

**g.** Erosion; or

**h.** Any expansion, shifting, rising, sinking, contracting or settling of the earth, soil or land.

This exclusion applies whether or not the earth, soil or land is combined or mixed with water or any other liquid or natural or man-made material.

We do cover loss caused directly by fire, explosion or theft resulting from any earth movement.

**3. Water,** meaning any:

**a.** Flood, surface water, ground water, subsurface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether a result of precipitation or driven by wind;

**b.** Water or water borne material that enters through or backs up from a sewer or drain, or which discharges or overflows from a sump, sump pump, related equipment or any other system designed to remove surface or subsurface water which is drained from the foundation area;

**c.** Water or water borne material located below the surface of the ground including water or water borne material:

**(1)** Which exerts pressure on, seeps, leaks or flows into:

**(a)** Any part of the dwelling or other structures;

**(b)** The foundation of the dwelling or other structures;

**(c)** Any paved surface located on the "residence premises"; or

**(d)** Any spa, hot tub or swimming pool; or

**(2)** Which causes earth movement; or

**d.** Overflow, release, migration or discharge of water in any manner from a dam, levee, dike, hurricane barrier or any water or flood control device.

We do cover loss caused directly by fire, explosion or theft resulting from water.

**4. Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises".

If the failure results in a loss from a Peril Insured Against, on the "residence premises", we will pay for the loss caused by that peril.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. **Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War.** War includes the following and any consequence of any of the following:

   a. Declared or undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

7. **Nuclear Hazard,** meaning any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   Loss caused by nuclear reaction, radiation or radioactive contamination is not considered loss caused by fire, explosion or smoke.

   We do cover loss caused directly by fire resulting from any nuclear hazard.

8. **Illegal Activities or Operations,** meaning:

   a. Illegal growing of plants or the illegal raising or keeping of animals; or

   b. Illegal manufacture, production, operation or processing of chemical, biological, animal or plant materials or any other natural or synthetic substance.

   This exclusion applies whether or not the illegal activities or operations described above were known to or within the control of an "insured".

   We do cover loss caused directly by fire or explosion resulting from any illegal activities or operations described in **8.a.** and **b.**

9. **Intentional Loss,** meaning any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

10. **Governmental Action,** meaning the destruction, confiscation or seizure of property described in Property Coverages A, B or C by order of any governmental or public authority.

    This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

11. **"Fungi" or Other Microbes,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot. This exclusion does not apply to:

    a. "Fungi" or other microbes remediation coverage that may be afforded under Property - Additional Coverage **16.** Limited "Fungi" or Other Microbes Remediation; or

    b. "Fungi" or other microbes that results from fire or lightning.

12. **Seepage or Leakage,** meaning constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years.

    This exclusion applies regardless of the source from which the water, steam or condensation seeped or leaked.

B. We do not insure for loss to property described in Property Coverages A and B caused by any of the following. However, any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

   1. Weather conditions. This exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Property - Exclusion **A.** to produce the loss.

   2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   3. Faulty, inadequate or defective:

      a. Planning, zoning, development, surveying or siting;

      b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-P03 CW (05-17)

c.  Materials used in repair, construction, renovation or remodeling; or

d.  Maintenance;

of part or all of any property whether on or off the "residence premises".

## PROPERTY - CONDITIONS

1.  **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

    a.  To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

    b.  For more than the applicable limit of liability.

2.  **Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this policy if the following duties are not performed. These duties must be performed either by you, an "insured" seeking coverage or a representative of either.

    a.  Give us prompt notice. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than one year after the date of loss;

    b.  Notify the police in case of loss by theft;

    c.  Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in Property - Additional Coverage **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money;

    d.  Protect the property from further damage. If repairs to the property are required, you must:

        (1)  Make reasonable and necessary repairs to protect the property; and

        (2)  Keep an accurate record of repair expenses;

    e.  Cooperate with us in the investigation of a claim;

    f.  Prepare an inventory of damaged personal property showing the quantity, description, value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

    g.  As often as we reasonably require:

        (1)  Show the damaged property;

        (2)  Provide us with records and documents we request and permit us to make copies; and

    (3)  Submit to examination under oath, while not in the presence of another "insured", and sign the same; and

    h.  Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

        (1)  The time and cause of loss;

        (2)  The interest of all "insureds" and all others in the property involved and all liens on the property;

        (3)  Other insurance which may cover the loss;

        (4)  Changes in title or occupancy of the property during the term of the policy;

        (5)  Specifications of damaged buildings and detailed repair estimates;

        (6)  The inventory of damaged personal property described in **2.f.**;

        (7)  Receipts for additional living expenses incurred and records that support the fair rental value loss; and

        (8)  Evidence or affidavit that supports a claim under Property - Additional Coverage **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money, stating the amount and cause of loss.

3.  **Loss Settlement.** In this Property - Condition, repair or replace and replacement cost do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in Property - Additional Coverage **12.** Ordinance or Law. Covered property losses are settled as follows:

    a.  Property of the following types:

        (1)  Personal property;

        (2)  Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

        (3)  Structures that are not buildings; and

        (4)  Grave markers, including mausoleums;

HQ-P03 CW (05-17)

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings covered under Property Coverages A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the replacement cost, without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged with materials of like kind and quality and for like use; or

(c) The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in 3.b.(1)(b) is limited to the cost which would have been incurred if the building had been built at the original premises.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the replacement cost, without deduction for depreciation, for that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, we will not include the value of:

(a) Excavations, footings, foundations, piers or any other structures or devices that support all or part of the

building, which are below the undersurface of the lowest basement floor;

(b) Those supports described in (3)(a) which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in Property Condition 3. Loss Settlement b.(1) and b.(2).

If the replacement cost is less than $2,500, we will settle the loss as noted in Property – Condition 3. Loss Settlement b.(1) and b.(2) whether or not actual repair or replacement is complete.

(5) You may disregard Property - Condition 3. Loss Settlement b. and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property - Condition 3. Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

c. The amount we will pay to settle a covered loss does not include:

(1) Compensation for stigma damage or any actual or perceived reduction or diminution in value of such property that may remain after repair or replacement; or

(2) The cost to replace undamaged roofing materials due to any mismatch between the existing undamaged roof on a building and new materials used to repair or replace the damaged roof on a building because of:

(a) Wear and tear, marring, scratching or deterioration;

(b) Fading, weathering, oxidizing or color;

(c) Texture or dimensional differences; or

(d) Obsolescence or discontinuation.

(3) The cost to replace undamaged siding materials due to any mismatch between the existing undamaged siding on a

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

building and new materials used to repair or replace the damaged siding on a building because of:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Fading, weathering, oxidizing or color;

**(c)** Texture or dimensional differences; or

**(d)** Obsolescence or discontinuation.

**4. Loss Deductible.** Unless otherwise stated in this policy, the following deductible provision applies:

**a.** Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under the Property Coverage Section that exceeds the deductible amount shown in the Declarations.

**b.** If two or more deductibles under this policy apply to the same loss, the total amount of all deductibles applied to the loss will not exceed the amount of the largest applicable deductible.

**5. Loss to a Pair or Set.** In case of loss to a pair or set, we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between actual cash value of the property before and after the loss.

Property - Condition **3.** Loss Settlement **c.(1)** does not apply to this Condition.

**6. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.** Reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**7. Appraisal.** If you and we fail to agree on the amount of loss, either party may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a report

of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**8. Other Insurance and Service Agreement.** If a loss covered by this policy is also covered by:

**a.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**b.** A service agreement, the coverage provided under this policy is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**9. Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Property Coverage Section of this policy and the action is started within two years after the date of loss.

**10. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured".

**12. Mortgage Clause.**

**a.** If a mortgagee is named in this policy, any loss payable under Property Coverages A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**b.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**(1)** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**(2)** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    (3) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Property Conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

**c.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**d.** If we pay the mortgagee for any loss and deny payment to you:

    (1) We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    (2) At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**e.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**13. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**14. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**15. Salvage.** We have the option to take the salvage or remnant part of any covered property for which we have made a loss payment for the actual cash value or the replacement cost of the damaged covered property. At our option, we may allow you to retain damaged property and will adjust any loss payment by the agreed or appraised value of the salvage or remnant portion of the damaged property.

**16. Policy Period.** This policy applies only to loss which occurs during the policy period.

**17. Concealment or Fraud.** We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**a.** Intentionally concealed or misrepresented any material fact or circumstance;

**b.** Engaged in fraudulent conduct; or

**c.** Made false statements;

relating to this insurance.

**18. Premises Alarm, Security or Fire Protection System.** When Protective Devices Credit is shown in the Declarations, you agree to maintain any alarm, security or automatic protection systems, including fire and sprinkler system(s), in working order. You also agree to advise us promptly of any change, including removal, made to any of these system(s).

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## LIABILITY COVERAGE SECTION

### LIABILITY COVERAGE E - PERSONAL LIABILITY

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" is exhausted by the payment of a judgment or settlement.

### LIABILITY COVERAGE F - MEDICAL PAYMENTS TO OTHERS

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, optical, dental, ambulance, hospital, professional nursing, prosthetic devices, chiropractic, rehabilitative, extended care and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on an "insured location" with the permission of an "insured"; or

2. To a person off an "insured location", if the "bodily injury":

   a. Arises out of a condition on an "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured".

### LIABILITY – ADDITIONAL COVERAGES

Unless otherwise stated, we cover the following in addition to the Liability Coverage E and Liability Coverage F limits of liability:

1. **Claim Expenses.** We pay:

   a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

   b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage E limit of liability. We need not apply for or furnish any bond;

   c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

   d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

3. **Damage to Property of Others.** We will pay replacement cost per "occurrence" for "property damage" to property of others caused by an "insured", up to the limit shown in the Declarations for this Liability – Additional Coverage.

   We will not pay for "property damage":

   a. To the extent of any amount recoverable under the Property Coverage Section of this policy;

   b. Caused intentionally by an "insured" who is 13 years of age or older;

   c. To property owned by an "insured";

   d. To property owned by or rented to a roomer, boarder, tenant or other occupant who provides compensation to an "insured" for

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

use of all or part of the "residence premises" including property of any guests of any roomer, boarder, tenant or other occupant;

**e.** To property owned by or rented to a resident in your household; or

**f.** Arising out of:

   **(1)** A "business" engaged in by an "insured";

   **(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than an "insured location"; or

   **(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of "aircraft", hovercraft, watercraft or "motor vehicles".

   Exclusion **f.(3)** does not apply to a "motor vehicle" that is:

   **(a)** Designed for recreational use off public roads;

   **(b)** Not owned by an "insured"; and

   **(c)** At the time and place of an "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used at the place of the "occurrence".

**4. Loss Assessment.** We will pay up to the limit shown in the Declarations for this Liability - Additional Coverage for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded under the Liability Coverage Section of this policy; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

   **(1)** Is elected by the members of a corporation or association of property owners; and

   **(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

Liability - Condition **9.** Policy Period does not apply to this coverage.

Regardless of the number of assessments, the limit shown in the Declarations for this Liability -

Additional Coverage is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition;

**b.** A covered act involving one or more than one director, officer or trustee; or

**c.** Repeated acts by one or more than one director, officer or trustee.

Repeated acts will be considered a single covered act.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**5. Property Damage Coverage for Military Personnel and United States Government Employees.**

If an "insured" is a:

**a.** United States government employee; or

**b.** Member of the United States Military;

we agree to pay for "property damage" to United States government property, for which an "insured" is legally responsible under applicable rules or regulations.

We will pay no more than replacement cost for "property damage" arising out of an "occurrence". Replacement cost is the amount necessary to repair or replace the damaged property without deduction for depreciation, subject to the limit of liability for this Liability – Additional Coverage.

The most we will pay for all damages resulting from any one "occurrence" will not exceed two months military basic pay or government issued salary for the "insured", as of the time of the "occurrence".

We will not pay for "property damage" to:

**a.** "Aircraft";

**b.** Hovercraft;

**c.** "Motor vehicles";

**d.** Watercraft; or

**e.** Weapons.

We will not pay for "property damage":

**a.** To the extent of any amount payable under the Property Coverage Section of this policy; or

**b.** Caused intentionally by any "insured" who is 13 years of age or older.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-L77 CW (05-17)

---

## LIABILITY - EXCLUSIONS

**A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others.**

Liability Coverages E and F do not apply to the following:

1. "Aircraft Liability".

   This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

2. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

   Exclusion **A.2.** applies to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business".

   Exclusion **A.2.** does not apply to:

   a. The rental or holding for rental of an "insured location":

      (1) Used, in whole or in part, as a temporary place to stay for a total of 30 days or less during the 12 consecutive months prior to an "occurrence";

      (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers, boarders or tenants;

      (3) In part, as an office, studio or private garage;

      (4) If the "insured location" is shown in the Declarations as an Additional Residence Rented to Others; or

      (5) If the "insured location" is shown in the Declarations as Structures Rented to Others;

   b. The rental or holding for rental of the "residence premises" on a regular basis if Unit Owners Rental is shown in the Declarations;

   c. An "insured" under the age of 18 years involved in a part-time or occasional, self-employed "business" with no employees; or

   d. One or more activities, for which no "insured" receives more than $5,000 in total

compensation during the 12 consecutive months prior to an "occurrence".

3. "Bodily injury" or "property damage" arising out of the actual, alleged or threatened transmission of a communicable disease or illness by an "insured". This exclusion applies whether the transmission was voluntary or involuntary or whether an "insured" knew or should have known that the infected person was infected with the disease or illness.

4. "Bodily injury" or "property damage" caused by an animal owned by or in the care, custody or control of an "insured" or a guest of an "insured" or, in the care, custody or control of a roomer, boarder, tenant, resident, "residence employee" or guest of such roomer, boarder, tenant or other occupant of the "residence premises" that is:

   a. Wild by birth or by nature or a species not customarily domesticated;

   b. Illegal to acquire, own or keep;

   c. A bird of prey;

   d. Venomous or poisonous; or

   e. A non-human primate.

5. "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage" is:

   a. Of a different kind, quality or degree than initially expected or intended; or

   b. Sustained by a different person, entity, real or personal property, than initially expected or intended.

   This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property.

6. "Bodily injury" or "property damage" arising out of the escape or release of fuel from a "fuel system". This exclusion applies to any:

   a. Supervision, instructions, recommendations, warnings or advice given in connection with the above;

   b. Obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense; or

---

HQ-L77 CW (05-17)
© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

c. Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of fuel in any form.

This exclusion does not apply to "bodily injury" or "property damage" arising out of fire or explosion that results from such escaped or released fuel.

7. "Bodily injury" or "property damage" arising out of the actual or alleged presence of or actual, alleged or threatened dispersal, release, ingestion, inhalation, contact with or exposure to, whether directly or indirectly, by "fungi" or other microbes. This includes any:

   a. Supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with "bodily injury" or "property damage" arising out of, whether directly or indirectly, "fungi" or other microbes, or the activities described in **7.c.** below;

   b. Obligation to share with or repay another who must pay damages because of "bodily injury" or "property damage" damage of the type described in this exclusion. This applies regardless of any other cause that contributed directly or indirectly, concurrently or in any sequence to the "bodily injury" or "property damage";

   c. Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of "fungi" or other microbes; and

   d. Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" arising out of, whether directly or indirectly, "fungi" or other microbes.

8. "Bodily injury" or "property damage" arising out of any oral, written, electronic, digital or other means of communication, publication or physical action that:

   a. Is directed at or to an individual or group of individuals; and

   b. Includes content, material or action that is or is perceived as:

      (1) Bullying, harassing, degrading, intimidating, threatening, tormenting or otherwise abusive; or

      (2) Causing or having caused emotional or psychological distress or fear of imminent harm or death.

This exclusion applies whether or not the communication, publication or action is:

a. Composed, created, sent or performed by an "insured";

b. Part of a series of communications, publications or actions;

c. Directed at or to the person who suffered "bodily injury" or "property damage";

d. Expected or intended to cause emotional, mental or physical harm to an individual; or

e. Intended to be public or private.

9. "Hovercraft Liability".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

10. "Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Illegal or Controlled Substances include but are not limited to cocaine, heroin, LSD, methamphetamines, marijuana and all narcotic drugs.

This exclusion does not apply to the lawful use of prescription drugs by a person following the orders of a licensed healthcare provider.

11. "Bodily injury" or "property damage" arising out of the:

   a. Illegal growing of plants or the illegal raising or keeping of animals; or

   b. Illegal manufacture, production, operation or processing of chemical, biological, animal or plant materials.

This exclusion applies whether or not the illegal activities described above were within the control or knowledge of an "insured".

12. "Bodily injury" or "property damage" arising out of the actual or alleged presence of or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead pigment, lead compounds or lead in any form which is or was contained or incorporated into any material or substance. This exclusion applies to any:

   a. Supervision, instructions, recommendations, warnings or advice given in connection with the above;

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

b.  Obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense;

c.  Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of lead, lead pigment, lead compounds or materials or substances containing lead in any form; or

d.  Loss, cost, payment or expense related to any claim, suit, order, defense, demand or investigation of any kind incurred in connection with the above.

13. "Bodily injury" or "property damage" arising out of a premises:

a.  Owned by an "insured";

b.  Rented to an "insured"; or

c.  Rented to others by an "insured";

that is not an "insured location".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

14. "Bodily injury" or "property damage" arising out of "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle" is:

a.  Registered for use on public roads or property;

b.  Not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be lawfully used at the place of the "occurrence"; or

c.  Being:

(1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

(2) Rented to others;

(3) Used by a roomer, boarder, tenant or other occupant who provide compensation to an "insured" for use of all or part of the "residence premises" including guests of any such roomers, boarders, tenants or other occupants;

(4) Used, or during the period of time it is available for hire, as a public or livery conveyance whether or not there is:

(a) A passenger in, upon, or getting in, on, out or off the vehicle; or

(b) Property being transported for a fee in or upon the vehicle; or

(5) Used for any other "business" purpose except for a motorized golf cart used for incidental "business" entertainment while on a golfing facility.

If "motor vehicle liability" is not excluded under Liability - Exclusion **14.a.-c.** Liability Coverages E and F still do not apply to "motor vehicle liability" unless at the time of an "occurrence", the involved "motor vehicle" is:

a.  In dead storage on an "insured location";

b.  Used solely to service an "insured's" residence;

c.  Designed to assist the handicapped and, at the time of an "occurrence", it is:

(1) Being used to assist a handicapped person; or

(2) Parked on an "insured location";

d.  Designed for recreational use off public roads and:

(1) Not owned by an "insured"; or

(2) Owned by an "insured" provided the "occurrence" takes place:

(a) On an "insured location"; or

(b) Off all "insured locations" and the "motor vehicle" is:

(i) Designed as a toy vehicle to be ridden in or upon by children under 7 years of age;

(ii) Powered by one or more batteries; or

(iii) Not built or modified after manufacture to exceed a speed of 5 miles per hour on level ground; or

e.  A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

(1) A golfing facility and is parked or stored there, or being used by an "insured" to:

(a) Play the game of golf or for other recreational or leisure activity allowed by the facility;

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

**(c)** Cross public roads at designated points to access other parts of the golfing facility; or

**(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**15.** "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services.

**16.** "Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse.

**17.** "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Declared or undeclared war, civil war, acts of terrorism, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

**18.** "Watercraft liability" if, at the time and place of an "occurrence", the involved watercraft is being:

**a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

**b.** Rented to others;

**c.** Used by a roomer, boarder, tenant or other occupant who provides compensation to an "insured" for use of all or part of the "residence premises" including guests of any such roomers, boarders, tenants or other occupants;

**d.** Used, or during the period of time it is available for hire, as a public or livery conveyance whether or not there is:

**(1)** A passenger in, upon, or getting in, on, out or off the watercraft; or

**(2)** Property being transported for a fee in or upon the watercraft; or

**e.** Used for any other "business" purpose.

If "watercraft liability" is not excluded under Liability - Exclusion **18.a.-e.**, Liability Coverages E and F still do not apply to "watercraft liability" unless, at the time of an "occurrence", the involved watercraft is:

**a.** Stored;

**b.** A sailing vessel, with or without auxiliary power that is:

**(1)** Less than 26 feet in overall length; or

**(2)** 26 feet or more in overall length and not owned by or rented to an "insured";

**c.** Not a sailing vessel and is powered by:

**(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

**(a)** 50 horsepower or less and not owned by an "insured"; or

**(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

**(2)** One or more outboard engines or motors with:

**(a)** 50 total horsepower or less; or

**(b)** More than 50 horsepower if the outboard engine or motor is not owned by an "insured";

**(c)** More than 50 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

**(d)** More than 50 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

**(1)** You declare them at policy inception; or

**(2)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The exceptions in **18.c.(2)(c)** and **(d)** apply for the policy period.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-L77 CW (05-17)

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**B. Liability Coverage E - Personal Liability.**

Liability Coverage E does not apply to the following:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in Liability - Additional Coverage **4.** Loss Assessment;

   b. Under any contract or agreement entered into by an "insured". This exclusion does not apply to written contracts:

      (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

      (2) In which the liability of others is assumed by the "insured" prior to an "occurrence";

      unless excluded in **1.a.** or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke, water or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under that policy but for the exhaustion of its limit of liability;

6. "Bodily injury" to you or an "insured" as defined in Definition **9.a.** or **b.**

   This exclusion also applies to any claim made or suit brought against you or an "insured" to:

   a. Repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured"; or

7. "Bodily injury" to an "employee", "residence employee" or a temporary employee furnished to the "insured" to substitute for a permanent "residence employee" arising out of or in the course of the employee's employment by any Additional Insured named in the Declarations.

**C. Liability Coverage F - Medical Payments to Others.**

Liability Coverage F does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off an "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", residing on any part of an "insured location".

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-L77 CW (05-17)

## LIABILITY - CONDITIONS

1. **Limit of Liability.** Our total liability under Liability Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Liability Coverage E shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

   Our total liability under Liability Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Liability Coverage F limit of liability shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured". This Liability - Condition will not increase our limit of liability for any one "occurrence".

3. **Duties After "Occurrence".** In the event of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if you fail to comply with the following duties:

   a. Give us written notice as soon as is practical, which sets forth:

      (1) The identity of the policy and the named "insured" shown in the Declarations;

      (2) Reasonably available information on the time, place and circumstances of the "occurrence"; and

      (3) Names and addresses of any claimants and witnesses;

   b. Cooperate with us in the investigation, settlement or defense of any claim or suit;

   c. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

   d. At our request, help us:

      (1) To make settlement;

      (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

      (3) With the conduct of suits and attend hearings and trials; and

      (4) To secure and give evidence and obtain the attendance of witnesses;

   e. With respect to Liability - Additional Coverage **3.** Damage to Property of Others, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

   f. With respect to Liability - Additional Coverage **5.** Property Damage Coverage for Military Personnel and United States Government Employees, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control; and

   g. No "insured" will, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

4. **Duties of an Injured Person - Liability Coverage F - Medical Payments to Others.**

   a. The injured person or someone acting for the injured person will:

      (1) Give us written proof of claim, under oath if required, as soon as is practical; and

      (2) Authorize us to obtain copies of medical reports and records.

   b. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Liability Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

6. **Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Liability Coverage Section of this policy.

   No one will have the right to join us as a party to any action against an "insured".

   Also, no action with respect to Liability Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance.** This insurance is excess over other valid and collectible insurance except

HQ-L77 CW (05-17)

Page L-8

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

insurance written specifically to cover as excess over the limits of liability that apply in this policy.

9. **Policy Period.** This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

10. **Concealment or Fraud.** We do not provide coverage to an "insured" who, whether before or after a loss, has:

a. Intentionally concealed or misrepresented any material fact or circumstance;

b. Engaged in fraudulent conduct; or

c. Made false statements;

relating to this insurance.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-S99 CW (05-17)

---

## SIGNATURE PAGE

---

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance

© 2016 The Travelers Indemnity Company. All rights reserved.

HQ-090 NJ (05-17)

## WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY RESIDENCE EMPLOYEES

**This Endorsement Changes The Policy. Please Read It Carefully.**

We agree, with respect to "residence employees":

**UNDER COVERAGE I**

To pay when due all benefits required of an "insured" by the New Jersey Workers' Compensation Law; and

**UNDER COVERAGE II**

To pay on behalf of an "insured" all damages for which the "insured" is legally liable because of "bodily injury" sustained by a "residence employee". The "bodily injury" must be caused by accident or disease and arise out of and in the course of employment by the "insured" while:

1. In the United States of America, its territories or possessions or Canada; or

2. Temporarily elsewhere if the "residence employee" is a citizen or resident of the United States or Canada. Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions or Canada or to any action in such judgment.

**APPLICATION OF COVERAGE**

This insurance applies only to:

1. "Bodily injury" occurring during the policy period; or

2. Occupational disease or cumulative injury of a "residence employee" who during the term of this policy actually worked for the "insured" during the last day of employment, which exposed the employee to the hazard of the occupational disease or cumulative injury.

**POLICY PROVISIONS**

This insurance is subject to all the provisions of this endorsement and the following provisions of this policy:

A. Under Policy Conditions:

    2. Waiver or Change of Policy Provisions.

    4. Cancellation.

    6. Assignment.

    7. Subrogation.

B. Under Liability – Conditions:

    3. Duties After "Occurrence".

    6. Suit Against Us.

C. Our agreement to defend the "insured" as provided under Liability Coverage E – Personal Liability.

D. Under Liability – Additional Coverages:

    1. Claim Expenses.

    2. First Aid Expenses.

E. The definition of "bodily injury", "business", "insured" and "residence employee".

**LIMIT OF LIABILITY – COVERAGE II**

Our total limit of liability shall not exceed the amount shown in the Declarations for all damages because of "bodily injury":

1. Sustained by one or more "residence employees" in any one accident; or

2. Caused by disease and sustained by a "residence employee".

Our total limit of liability shall not exceed $500,000 for all damages arising out of "bodily injury" by disease regardless of the number of "residence employees" who sustain "bodily injury" by disease.

**OTHER INSURANCE**

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**CONFORMITY TO STATUTE**

Terms of this insurance which are in conflict with the New Jersey Workers' Compensation Law are amended to conform to that law.

**EXCLUSIONS**

This insurance does not apply:

1. To liability for "bodily injury" arising out of "business" pursuits of the "insured";

2. Under Coverage II:

    a. To liability assumed by the "insured" under any contract or agreement;

    b. To "bodily injury" by disease unless a written claim is made or suit brought against the

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

"insured" within 36 months after the end of the policy period;

**c.** To any obligation under a workers' compensation, unemployment or disability benefits law or any similar law;

**d.** To punitive or exemplary damage because of "bodily injury" to any employee employed in violation of law or to any employee employed

in violation of law with the knowledge or consent of the "insured".

This endorsement is based on New Jersey Compensation Rating and Inspection Bureau Endorsement **WC 29 03 02 A**.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-290 CW (05-17)

## PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY - CONDITIONS**

The following are added under **3.** Loss Settlement:

**3. Loss Settlement.**

**Eligible Property.** Covered losses to the following property are settled at replacement cost at the time of the loss:

a. Property described in Property Coverage C − Personal Property;

b. Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings, if covered in this policy; and

c. Property of the following types:

  (1) Jewelry;

  (2) Furs and garments:

    (a) Trimmed with fur; or

    (b) Consisting principally of fur;

  (3) Silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This does not include:

    (a) Pens or pencils;

    (b) Flasks;

    (c) Smoking implements or accessories; or

    (d) Jewelry;

  (4) Cameras, projection machines and related articles of equipment;

  (5) Musical instruments and related equipment; and

  (6) Golfer's equipment including golf clubs, golf clothing and related equipment;

if separately described and specifically insured in this policy and not subject to agreed value loss settlement.

Personal Property Replacement Cost Loss Settlement will not apply to other classes of property separately described and specifically insured.

**Ineligible Property.** Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace:

a. Antiques and similar articles of rarity or antiquity which cannot be replaced;

b. Fine arts including paintings, etchings, drawings, lithographs, photographs, sculptures and other bona fide works of art of rarity, historical value or artistic merit;

c. Memorabilia, souvenirs and similar articles whose age or history contribute to their value;

d. Collectibles including figurines, glassware, marble, porcelains, statuary and similar articles;

e. Articles not maintained in good or workable condition; and

f. Articles that are outdated or obsolete and are stored or not being used.

**Replacement Cost Loss Settlement Condition.** The following loss settlement condition applies to all property described under Eligible Property:

a. We will pay no more than the least of the following amounts:

  (1) Replacement cost at the time of loss;

  (2) The full cost of repair at the time of loss;

  (3) The limit of liability that applies to Property Coverage C − Personal Property, if applicable;

  (4) Any applicable Special Limits of Liability stated in this policy; and

  (5) For loss to any item described under Eligible Property **c.(1)** through **c.(6)**, the limit of liability that applies to the item.

b. If the replacement cost for the property described under Eligible Property is more than $2,500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

c. You may make a claim for loss on an actual cash value basis and then make claim for any additional liability according to the provisions of this endorsement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged property.

All other provisions of this policy apply.

HQ-290 CW (05-17)                                                    Page 1 of 1

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-300 NJ (05-17)

## SPECIAL PROVISIONS – NEW JERSEY

**This Endorsement Changes The Policy. Please Read It Carefully.**

**POLICY CONDITIONS**

4.  **Cancellation** is replaced by the following:

4.  **Cancellation.** This policy may be cancelled during the policy period as follows:

   a.  A named "insured" shown in the Declarations may cancel this policy by:

      **(1)** Returning this policy to us; or

      **(2)** Giving us advance written notice of the date cancellation is to take effect.

      We may accept another form of notice from a named "insured". The cancellation by a named "insured" will be binding on any other named "insured".

   b.  We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice, stating the reasons for cancellation, may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations by certified mail, or first-class mail if we have obtained, from the U.S. Post Office, a date stamped proof of mailing showing your name and address. Proof of mailing or electronic transmission will be sufficient proof of notice. Written notice of cancellation will also be mailed to any Additional Insured named in the Declarations, and to any person or organization entitled to notice under this policy.

      **(1)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel this policy by letting you know at least:

         **(a)** 10 days before the date cancellation takes effect if we cancel for either nonpayment of premium or existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

            **(i)** The risk, danger or probability that the "insured" will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an "insured" that will increase the probability of such a destruction may be considered a moral hazard; and

            **(ii)** The substantial risk, danger or probability that the character, circumstances or personal habits of the "insured" may increase the possibility of loss or liability for which we will be held responsible. Any change in character or circumstances of an individual, corporate, partnership or other "insured" that will increase the probability of such a loss or liability may be considered a moral hazard; or

         **(b)** 30 days before the date cancellation takes effect if we cancel for any other reason.

      **(2)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

         **(a)** Nonpayment of premium;

         **(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) and above in **4.b.(1)(a)**;

         **(c)** Material misrepresentation or nondisclosure to us of a material fact at the time of the acceptance of the risk;

         **(d)** Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

         **(e)** Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

         **(f)** Lack of cooperation from the "insured" on loss control matters materially affecting insurability of the risk;

         **(g)** Fraudulent acts against us by the "insured" or the "insured's" representative that materially affect the nature of the risk insured;

         **(h)** Loss of or reduction in available insurance capacity;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(i)** Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

**(j)** Loss of or substantial changes in applicable reinsurance;

**(k)** Failure by the "insured" to comply with any Federal, State or local fire, health, safety, building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

**(l)** Failure by the "insured" to provide reasonable and necessary underwriting information to us upon written request therefore and a reasonable opportunity to respond;

**(m)** Agency termination, provided:

   **(i)** We document that replacement coverage at comparable rates and terms has been provided to you, and we have informed you, in writing, of your right to continue coverage with us; or

   **(ii)** We have informed you, in writing, of your right to continue coverage with us and you have agreed, in writing, to the cancellation based on the termination of your appointed agent; or

**(n)** Any other reason in accordance with our underwriting guidelines for cancellation of Homeowners insurance.

**(3)** If we cancel this policy due to reasons set forth in **4.b.(2)(a)** or **4.b.(2)(b)** above, we may do so by letting you know at least 10 days before the date cancellation takes effect. For cancellation due to nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date of cancellation set forth in the notice. If we cancel this policy for any other reason listed in **4.b.(2)** above, we may cancel by letting you know not more

than 120 days nor less than 30 days before the date cancellation takes effect.

**(4)** We need not send notice of cancellation if you have:

   **(a)** Replaced coverage elsewhere; or

   **(b)** Specifically requested termination of this policy.

**c.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**d.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**5. Nonrenewal** is replaced by the following:

**5. Nonrenewal.**

**a.** We may elect not to renew this policy for any reason permitted to cancel this policy. If we elect not to renew this policy, we may do so by delivering to you, electronically transmitting to you, if permissible by law, or mailing to you at the mailing address shown in the Declarations, written notice, stating the reasons for nonrenewal, at least 30 days but not more than 120 days before the expiration date of this policy. A copy of the notice will also be mailed to any Additional Insured named in the Declarations, and to any person or organization entitled to notice under the policy.

**b.** If we offer to renew and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required renewal premium when due will mean that you have not accepted our offer.

**c.** A nonrenewal notice may be transmitted to you electronically, if permissible by law, or may be delivered to you or mailed to you at your mailing address shown in the Declarations by:

   **(1)** Certified mail; or

   **(2)** First class mail if we have obtained, from the U.S. Post Office, a date stamped proof of mailing showing your name and address.

Proof of mailing or electronic transmission will be sufficient proof of notice.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-300 NJ (05-17)

d. We need not mail or deliver this nonrenewal notice if you or your representative have:

(1) Replaced coverage elsewhere; or

(2) Specifically requested termination of this policy;

or the policy has terminated as shown in **5.b.**

The following is added under **7. Subrogation**:

If we pay an "insured", who is a victim of domestic violence, for a loss caused by an act of domestic violence, the rights of that "insured" to recover damages from the perpetrator of the domestic violence are transferred to us to the extent of our payment. That "insured" may not waive such rights to recover against the perpetrator of the domestic violence.

The following are added under **POLICY CONDITIONS**:

**Department of Banking and Insurance Requirement – Cancellation and Nonrenewal.** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the "insured". The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the "insured" and/or the "insured's" lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**Department of Banking and Insurance Requirement – Standard Fire Insurance Policy.** This policy provides coverage to the "insured" on an equivalent or more favorable basis than that provided by the statutory provision cited in N.J.S.A. 17:36-5.20.

**PROPERTY COVERAGE SECTION**

**PROPERTY – EXCLUSIONS**

The following is added under **9. Intentional Loss**:

This exclusion will not apply to deny payment to a co-"insured" who did not cooperate in or contribute to the creation of the loss if the loss arose out of domestic violence.

If we pay a claim pursuant to **9. Intentional loss**, our payment to the "insured" is limited to that

"insured's" insurable interest in the property. In no event will we pay more than the limit of liability.

**PROPERTY CONDITIONS**

When this Special Provisions – New Jersey is used with forms **HQ-P02, HQ-P03**, and **HQ-P53**, **3. Loss Settlement** paragraphs **c.(2)** and **c.(3)** are deleted.

**6. Loss Payment** is deleted and replaced by the following:

**6. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss is payable within 30 days after we receive your proof of loss and:

a. We reach an agreement with you and you have satisfied any and all conditions of the agreement;

b. There is an entry of a final judgment; or

c. There is a filing of an appraisal award with us.

**12. Mortgage Clause** paragraph **c.** is replaced by the following (this is not applicable in form **HQ-P04**):

**12. Mortgage Clause.**

c. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 30 days before the date cancellation or nonrenewal takes effect.

**LIABILITY COVERAGE SECTION**

The following replaces **1.** under **Liability Coverage E – Personal Liability** when this Special Provisions – New Jersey is used with form **HQ-L77**, and **1.** under **Liability Coverage E – Premises Liability** when this Special Provisions – New Jersey is used with form **HQ-L88**:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable; and

**LIABILITY – ADDITIONAL COVERAGES**

The following paragraph is added under **1. Claim expenses**:

**1. Claim Expenses.**

Prejudgment interest awarded against the "insured" on that part of the judgment we pay.

**LIABILITY – EXCLUSIONS**

When this Special Provisions – New Jersey is used with form **HQ-L77**, **A.4.** under **A. Liability Coverage E – Personal Liability and Coverage F – Medical**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-300 NJ (05-17)

**Payments to Others**, and when this Special Provisions – New Jersey is used with form **HQ-L88**, **A.4.** under **A. Liability Coverage E – Premises Liability and Coverage F – Medical Payments to Others**, is deleted.

The following is added under exclusion **A.5.**:

This exclusion **A.5.** applies to all "insureds", notwithstanding **2. Severability of Insurance** under **LIABILITY – CONDITIONS**.

The following is added to **A.10.** under **A. Liability Coverage E – Personal Liability and Liability Coverage F – Medical Payments to Others** when this Special Provisions – New Jersey is used with form **HQ-L77**, and to **A.11.** under **A. Liability Coverage E – Premises Liability and Liability Coverage F – Medical Payments to Others** when this Special Provisions – New Jersey is used with form **HQ-L88**:

This exclusion does not apply to the "insured(s)" who have no knowledge of the involvement with a controlled substance(s). An "insured's" knowledge of such involvement must be shown by us by competent evidence of such knowledge.

The following is added to **A.12.** under **A. Liability Coverage E – Personal Liability and Liability Coverage F – Medical Payments to Others** when this Special Provisions – New Jersey is used with form **HQ-L77**, and to **A.13.** under **A. Liability Coverage E – Premises Liability and Liability Coverage F – Medical Payments to Others** when this Special Provisions – New Jersey is used with form **HQ-L88**:

This exclusion does not apply:

a. To any building or structure constructed after 1977; or

b. If the loss, cost, payment or expense arises at or from a building or structure after it has been certified as being free of existing lead hazards pursuant to standards established by the New Jersey Department of Community Affairs.

**LIABILITY – CONDITIONS**

1. **Limit of Liability** is replaced by the following:

1. **Limit of Liability.**

a. Our total liability under Liability Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Liability Coverage E as shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

b. Subject to **1.a.**, our total liability under Liability Coverage E for damages for which an "insured" is legally liable because of vicarious liability, whether or not statutorily imposed, for the actions of a child or minor, if such vicarious liability is not otherwise excluded is $10,000. The sublimit is within, but does not increase the Liability Coverage E limit of liability.

c. The limit of liability in **1.a.** and the sublimit in **1.b.** apply regardless of the number of "insureds", claims made or persons injured.

d. Our total liability under Liability Coverage F for all medical expense payable for "bodily injury" to one person as a result of one accident will not be more than the limit of liability for Liability Coverage F as shown in the Declarations.

All other provisions of this policy apply.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-829 CW (05-17)

## LIMITED FUNGI OR OTHER MICROBES LIABILITY COVERAGE

### This Endorsement Changes The Policy. Please Read It Carefully.

**DEFINITIONS**

The following definition is added:

"Fungi liability hazard" means "bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation, contact with or exposure to, whether directly or indirectly, by "fungi" or other microbes. This includes any:

**a.** Supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with "bodily injury" or "property damage" arising out of, whether directly or indirectly, "fungi" or other microbes, or the activities described in **c.** below;

**b.** Obligation to share with or repay another who must pay damages because of "bodily injury" or "property damage" damage of the type described in this Limited Fungi or Other Microbes Liability Coverage. This applies regardless of any other cause that contributed directly or indirectly, concurrently or in any sequence to the "bodily injury" or "property damage";

**c.** Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of "fungi" or other microbes; and

**d.** Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" arising out of, whether directly or indirectly, "fungi" or other microbes.

**LIABILITY COVERAGE SECTION**

**LIABILITY – EXCLUSIONS**

For purposes of this Limited Fungi or Other Microbes Liability Coverage only, Liability - Exclusion **A.7.** does not apply.

**LIABILITY – CONDITIONS**

For purposes of this Limited Fungi or Other Microbes Liability Coverage only, the following sentence is added to both the first and second paragraphs of **1.** Limit of Liability:

**1. Limit of Liability.**

Damages for "bodily injury" or "property damage" included in the "fungi liability hazard" are not included in this limit.

For purposes of this Limited Fungi or Other Microbes Liability Coverage only, the following paragraphs are added:

**Liability Coverage E - Aggregate Limit of Liability.** Our total limit of liability under Liability Coverage E for damages because of "bodily injury" or "property damage" from all "occurrences" combined included in the "fungi liability hazard" during the policy period will be no more than the aggregate limit of liability shown in the Declarations for this Limited Fungi or Other Microbes Liability Coverage.

**Liability Coverage F - Sub-Limit of Liability.** Subject to the Liability Coverage E - Aggregate Limit of Liability described above, our total limit of liability under Liability Coverage F for all medical expense payable for "bodily injury" to one person as the result of all accidents combined included in the "fungi liability hazard" during the policy period will not be more than the Liability Coverage F - Sub-Limit of Liability shown in the Declarations for this Limited Fungi or Other Microbes Liability Coverage. This Sub-Limit of Liability does not increase the Liability Coverage E - Aggregate Limit of Liability.

For purposes of this Limited Fungi or Other Microbes Liability Coverage only, the following sentence is added to **2.** Severability of Insurance:

**2. Severability of Insurance.**

With respect to the "fungi liability hazard", this condition shall not increase the Liability Coverage E Aggregate Limit of Liability or the Liability Coverage F Sub-Limit of Liability.

All other provisions of this policy apply.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-860 CW (08-18)

## ADDITIONAL BENEFITS

**This Endorsement Changes The Policy. Please Read It Carefully.**

**POLICY CONDITIONS**

For purposes of this Additional Benefits only, the following policy condition is added:

**Additional Benefits.** From time to time we may provide you or allow others to provide you, or another person insured under this policy with:

**a.** Goods and services, devices, equipment, memberships, merchandise, points, rewards, gift cards, redemption codes, coupons, vouchers, airline miles, special offers, classes, seminars, other program benefits or other items of value; or

**b.** Make charitable contributions, donations or gifts on your behalf.

These Additional Benefits may be provided in any form. If one or more of our benefit programs apply, you or another person insured under this policy may be eligible to receive benefits specific to that program depending on the terms of the program and Additional Benefit provided.

You are under no obligation to pursue any of these Additional Benefits.

We do not warrant the merchantability, fitness or quality of any goods or services provided under this endorsement or assume any additional obligation related to any Additional Benefits provided.

We have the right to modify or discontinue benefits provided under this endorsement without notice to you.

All other provisions of this policy apply.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

---

**IMPORTANT NOTICE**

---

### FLOOD NOTICE

All homeowner insurance policyholders are cautioned that:

1. Homeowner insurance policies do not cover property damage from floods.

2. Flood means a general and temporary condition of partial or complete inundation of normally dry land area from:
   i. The overflow of inland or tidal waters;
   ii. The unusual and rapid accumulation or runoff of surface waters from any source;
   iii. Mudslides (that is, mudflows) that are proximately caused by flooding and are akin to a river of liquid and flowing mud on the surfaces of normally dry land areas, including your premises, as when earth is carried by a current of water and deposited along the path of the current.

3. Flood also includes the collapse or subsidence of land along the shore of a lake or other body of water as a result of erosion or undermining caused by waves or currents of water exceeding cyclical levels, which results in the partial or complete inundation of normally dry land area.

4. A separate policy of flood insurance may be available to cover flood damage at an additional premium.

5. The insurer or insurance agent should be consulted to obtain further information about how to secure flood insurance, including the availability, terms and coverage.

6. Standard homeowner insurance policies do not cover damage to property, contents and structure resulting from floods; however, flood insurance may be available through the National Flood Insurance Program, which exists in participating communities.

7. The National Flood Insurance Program coverage contains separate contents and structure coverages and the policyholder should consult the National Flood Insurance Program or his or her insurer or insurance producer as to whether the coverage selected is appropriate for the policyholder's needs.


**TRAVELERS**

# USE OF CREDIT INFORMATION DISCLOSURE

An insurer is required to disclose to its customers whether credit information will be obtained on the applicant or insured and used as part of the insurance scoring process.

This notice is to inform you that Travelers will obtain and use credit information on you as a routine part of the insurance scoring process.

If credit information is obtained or used on the applicant or insured, we are required to inform the applicant or insured of the name of each person on whom credit information was obtained or used and how each person's credit information was used to underwrite or rate the policy. We may provide this information with this disclosure or in a separate notice.

Credit information is any credit related information derived from a credit report itself or provided in an application for personal insurance. The term does not include information that is not credit-related, regardless of whether the information is contained in a credit report or in an application for insurance coverage or is used to compute an insurance score.

Insurance score is a number or rating derived from a mathematical formula, computer application, model, or other process that is based on credit information and used to predict the future insurance loss exposure of a consumer. The types of factors that go into developing the insurance score are:

- Payment history
- Bankruptcy, foreclosures and collection activity
- Length of credit history
- Amount of outstanding debt in relation to credit limits
- Types of credit in use (i.e. mortgages, installment loans)
- Number of new applications for credit

Insurance score does not consider race, religion, gender, ethnicity, age, income and residency.

If you have questions regarding this disclosure, or feel that your score has been impacted by an extraordinary life event (e.g. death of an immediate family member, medical collections, dissolution of marriage, temporary loss of employment, identity theft, catastrophic illness, etc.), please feel free to contact your agent or service representative.

## IMPORTANT NOTICE

### CLAIMS INTERNAL APPEAL PROCEDURE

### THE FOLLOWING APPEAL PROCEDURE IS AVAILABLE FOR ALL CLAIMS EXCEPT AUTOMOBILE INSURANCE PERSONAL INJURY PROTECTION COVERAGE CLAIMS

New Jersey law and regulation provides claimants with the right to appeal disputed insurance claims when the **"final"** offered claim settlement remains unacceptable to the claimant. A disputed insurance claim is any offer of settlement made by the company which is, in whole or in part, rejected or refused by the claimant.

In the event that you wish to appeal a disputed claim, you must submit a written request to the company at the address shown below. All appeals will be rendered within 10 business days from receipt of the appeal provided that no additional information is required of the panel, and a final written determination will be mailed to you no later than 3 business days after the final determination is made. This appeal procedure is not available for Personal Injury Protection Coverage claims.

Internal appeals must be sent by United States Postal Service, via facsimile transmission or delivered personally to the following address to ensure prompt and accurate handling:

Travelers
Internal Appeals Panel
P.O. Box 1900
Morristown, NJ 07962-1900
Fax: 1-877-786-5568

Your request must include the basis by which you believe the final offered claim settlement is unacceptable and include all supporting documentation you would like reviewed by the company's Internal Appeals Panel prior to rendering their determination.

After the hearing, if you are not satisfied with the final determination rendered by the Internal Appeals Panel, you may then appeal the decision to the Office of the Insurance Claims Ombudsman at the address below:

Office of the Insurance Claims Ombudsman
Department of Banking and Insurance
P.O. Box 472
Trenton, New Jersey 08625-0472
Telephone: (800) 446-7467
Telefax: (609) 292-2431

## IMPORTANT NOTICE

The notice below, prepared by the Commissioner of the Department of Banking and Insurance, is provided in accordance with N.J.S.A. 17:36-5.38 to 5.41:

## NEW JERSEY EARTHQUAKE INSURANCE
## AVAILABILITY NOTICE

All insureds and applicants are cautioned that homeowners insurance policies do not provide coverage for earthquake damage.

The definition of an earthquake:

- is a shaking or trembling of the earth that is geologic or tectonic in nature;
- includes shock waves or tremors before, during or after a volcanic eruption; and
- can also include after-shocks that occur within a seventy-two hour period following an earthquake.

A typical homeowners insurance policy:

- **does not** cover the cost to replace or repair your damaged dwelling, premises or structures, such as garages, resulting from an earthquake;
- **does not** cover the cost to replace or repair the contents of your home if the damages result from an earthquake; and
- **does not** pay for any additional living expenses if your property is badly damaged or destroyed by an earthquake.

**Earthquake insurance is available through an endorsement to your policy for an additional premium. The decision to purchase earthquake insurance is one that should be carefully considered based on individual circumstances.**

Historically, an earthquake in New Jersey is a rare event, although the possibility exists that it could happen. Over the five-year period from 2010 to 2015, for every $1 of earthquake insurance premium, 1/10 of one cent has been paid out for losses.

**Please contact your agent or service representative if you have any questions or want additional information on how you can obtain earthquake insurance.**

**This notice is a general description of coverage and does not change, modify or invalidate any of the provisions, terms or conditions of your policy or endorsements.**

## Third Party Designee Notice - Named Insureds who Are 62 Years of Age or Older

If you are a named insured on this policy and at least 62 years of age, you may assign a third party designee to any insurance policy you have with us. This means when you are mailed any of the following types of notices, a copy will also be sent to your third party designee:

- notice of cancellation
- notice of nonrenewal
- notice of conditional renewal

By designating another person (such as a family member, friend, or attorney) to receive these notifications, someone additional will receive these important notices if, for any reason, you are unavailable to receive your mail.

**To make a third party designation, or replace a current third party designee on your policy, please complete and return this form. It must be signed by you and your third party designee, and mailed by CERTIFIED MAIL, RETURN RECEIPT REQUESTED, to this address:**

Travelers
P.O. Box 59059
Knoxville, TN 37950-9059

Your designation will become effective within 10 business days after we receive this completed form.

**Please note:**
- If you previously assigned a third party designee to this policy, that person's name is shown on your policy's Declarations page.
- You may terminate the third party designation by sending written notification to us. The third party may terminate their designation by sending both you (the named insured) and us written notification. Notifications to us should include the Named Insured's policy number.

If you have questions about making, replacing or terminating a third party designation, please call your insurance agent or Travelers representative.

### ACCEPTANCE

I, a Named Insured, request a third party designee for this policy:

Named Insured _____

Type of Policy_____ Policy Number _____

Third party designee's name _____

Address _____

_____

_____This is a new designation.        _____This replaces my current designation.

**Named Insured's signature**_____ Date _____

I accept, as a Third Party Designee, to receive copies of notices of cancellation, nonrenewal and conditional renewal on behalf of the Named Insured above. If I decide to terminate my designation, I must send written notification to both the Named Insured and the insurer.

**Designee's signature** _____ Date _____

**Please return the completed form to Travelers and retain a copy for your records.**

PL-50079 (10-17)                                                                                              Page 1 of 1

# PRIVACY NOTICE

### Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| What type of information do we collect? | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following: <br><br>- Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others. <br><br>- Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers. <br><br>- Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection. <br><br>- Information from government agencies or independent reporting companies. <br><br>- Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s). <br><br>- In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor. |
|---|---|

| How do we use your personal information? | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law. |
|---|---|
| | Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information. |
| | When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| How do we share your personal information? | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent. |
| | We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others. |
| | We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| How do we protect your personal information? | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

| How can I review and correct the personal information you have about me? | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency. |
|---|---|
|  | You may also see and copy the information we have, except for certain documents about claims and lawsuits. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments. |
|  | For questions about the right of access or correction to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.

Last revised December 2016

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $15.00 fee for payments returned by your bank.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Pay in Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $2.00 | No Charge |
| Recurring Credit Card (RCC) | $2.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

    Late Charge: $10.00 per occurrence
    Payments returned by your bank: $15.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-609-387-0606.

# EXHIBIT 2

 **TRAVELERS**

INSURANCE AGENCY MGMT
PO BOX 158
BURLINGTON, NJ 08016

March 10, 2022



**Your Policy**

608610690-633-1
115 CLOVER ST
04/29/2022 to 04/29/2023

 Log in to MyTravelers.com to manage
your policy and billing details.

CAROLINE HURLEY
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836

# Thank you for choosing Travelers!

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your policy renewal package

No one understands your needs better than you. So please take a moment to review and confirm your insurance policy details and documents, including:

- Your Declarations page, listing the coverage you purchased, your coverage limits and deductibles
- Other important documents, including our privacy notice, billing options and more

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

## Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

**A faster, easier way to manage your account**

Visit MyTravelers.com or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:

- Manage your policy and bills
- Submit and monitor a claim

**Contact Information**
Policy questions or changes: 1.609.387.0606
24-hour claim service: 1.800.252.4633

**Additional Benefits**
As a valued customer, you may be eligible for certain programs for which you may receive goods, services, or other types of benefits. Visit travelers.com/additionalbenefits to learn more!

Sincerely,

*Michael Klein*

Michael Klein
President
Travelers Personal Insurance

---

**Take advantage of our other coverage options and multi-policy discount**

 AUTO   BOAT & YACHT   UMBRELLA   VALUABLES

**Call your agent or Travelers representative at 1.609.387.0606 to find out more!**

PL-50352 (08-21)

YOUR AGENCY
**INSURANCE AGENCY MGMT**
PO BOX 158
BURLINGTON, NJ 08016
PHONE: 1.609.387.0606 | FAX: (609) 387-5337

**TRAVELERS** 

**YOUR POLICY**

608610690-633-1
**115 CLOVER ST**
Apr 29, 2022 to Apr 29, 2023

ⓘ Log in to MyTravelers.com to manage
your policy and billing details.

# You're insured!

This document is intended to help you better understand your homeowners insurance. Your policy is effective from **April 29, 2022** to **April 29, 2023**. For a complete description of your coverage, please refer to your policy.



COVERAGE A
**Dwelling** and attached structures such as garages and decks
YOUR LIMIT
**$295,000**

COVERAGE B
**Other structures** such as detached garages and sheds
YOUR LIMIT *
**$29,500**

COVERAGE C
**Personal property** such as furniture and clothing
YOUR LIMIT *
**$147,500**

COVERAGE E
**Personal liability** for property damage and bodily injury to others
YOUR LIMIT
**$500,000**

COVERAGE D
**Loss of use** or access to your dwelling
YOUR LIMIT *
**$59,000**

**Deductibles**
Amount of a covered claim that is your responsibility
**All Perils**                                   **$1,000**

COVERAGE F
**Medical payments** to others
YOUR LIMIT
**$5,000**

## You're receiving three discounts for a total savings of $346.00

- ◓ Early Quote
- ○ Multi-Policy
- ○ Water Protective Device

- ◓ Good Payer
- ○ Loss Free
- ○ Green Home

- ◓ Fire Protective Device
- ○ Theft Protective Device
- ○ Windstorm Mitigation

12-month total premium

# $1,814.00

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**



As of March 10, 2022

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:



**Weather**
Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.



**Fire**
Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



**Theft or vandalism**
Your policy typically covers theft or vandalism of your property. See your policy for special limits on things such as collectibles, jewelry, and money.

**Take steps to protect your property and call us as soon as damage occurs.**
**For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:



**Floods are not covered**
Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.



**Earthquake coverage is optional**
Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.



**It's not for home maintenance**
Repairs due to wear and tear or lack of upkeep are not typically covered under your policy.

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy moves out
- Someone named on the policy passes away
- Someone moved onto your property

- You rent, sell, temporarily relocate, vacate or buy a new home
- Business is conducted on your property
- You renovate or build an addition
- You replace your roof

---

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

# TRAVELERS

## Homeowners Policy Continuation Declarations

**Named Insured and Mailing Address**
CAROLINE HURLEY
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836
CAROLINEMHURLEY@GMAIL.COM

**Your Agency's Name and Address**
INSURANCE AGENCY MGMT
PO BOX 158
BURLINGTON, NJ 08016

**Residence Premises**
115 CLOVER ST
MOUNT HOLLY, NJ 08060-1836

**Mortgagee Name and Address**
1.  M&T BANK
    ISAOA/ATIMA
    PO BOX 1288
    BUFFALO, NY 14240-1288
    LOAN NUMBER: 0100371079

---

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 608610690 633 1 | **For Policy Service** | 1.609.387.0606 |
| **Your Account Number** | B01907657 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:**   ST. PAUL PROTECTIVE INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

---

The policy period is from **April 29, 2022 at 12:01 A.M. STANDARD TIME** to **April 29, 2023 at 12:01 A.M. STANDARD TIME** at the residence premises.

Total Premium for this Policy:                                                          $1,814.00
This is not a bill. The mortgagee will be billed separately for this policy.

### Other Adjustments
  New Jersey Property Liability Insurance Guaranty Association Surcharge        | $11.00

### Discounts
The following discounts reduced your premium:
  Early Quote                    Good Payer                 Fire Protective Device

### Savings Reflected in Your Total Premium:                                   **$346.00**

---

**TRAVELERS**

## Coverages and Limits of Liability

### Property Coverage Section
| | Limit |
|---|---|
| Coverage A – Dwelling | $295,000 |
| Coverage B – Other Structures | $29,500 |
| Coverage C – Personal Property | $147,500 |
| Coverage D – Loss of Use | $59,000 |

### Liability Coverage Section
| | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

## Deductibles

### Peril Deductible
| | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $1,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over
the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
**Coverage Level: Travelers Protect Plus®**

*The limit shown for each of the
Special Limits of Liability and Additional Coverages
is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability
| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $1,000 |
| b. | Securities, accounts, passports, tickets, stamps | $3,500 |
| c. | Comic books and trading cards | $2,500 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $2,500 |
| e. | Theft of jewelry, watches, precious stone | $3,000 |
| f. | Theft of furs | $3,000 |
| g. | Theft of silverware, goldware, pewterware | $5,000 |
| h. | Theft of firearms and related equipment | $5,000 |
| i. | Theft of tools and their accessories | $2,500 |
| j. | Theft of rugs, tapestries and wall hangings | $2,500 |
| k. | Business property on the residence premises | $10,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $3,500 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $1,000 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $3,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages
| | | Limit |
|---|---|---|
| Debris Removal (Additional % of damaged covered property limit) | | 5% |
| Tree Removal | Per Tree $500 Per Loss | $1,000 |
| Trees, Shrubs and Other Plants | Per Tree $500 Per Loss | $14,750 |
| (5% of Coverage A - Dwelling Limit) | | |

**TRAVELERS**

| | |
|---|---|
| Named Insured  CAROLINE HURLEY | Policy Number   608610690 633 1 |
| Policy Period      April 29, 2022 to April 29, 2023 | Issued On Date   March 10, 2022 |

### Property – Additional Coverages (continued)

| | Limit |
|---|---|
| Fire Department Service Charge | $1,000 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $29,500 |
| Personal Records and Data Replacement | $3,500 |
| Limited Fungi or Other Microbes Remediation | $10,000 |

*The applicable policy deductible applies unless otherwise noted.*

### Liability – Additional Coverages

| | Limit |
|---|---|
| Damage to Property of Others | $5,000 |
| Loss Assessment | $1,000 |
| Limited Fungi or Other Microbes Liability Coverage | |
| Coverage E – Aggregate Limit of Liability | $50,000 |
| Coverage F – Sub Limit of Liability | $5,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Workers' Compensation and Employers' Liability Residence Employees | HQ-090 NJ (05-17) | | $2.00 |
| Bodily Injury Limits  $500,000/$500,000 | | | |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 CW (08-18) | $5,000 | Included* |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CW (05-17) | | Included* |

*__*Note:__ The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:                    Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Limited Fungi or Other Microbes Liability Coverage | HQ-829 CW (05-17) |
| Special Provisions - New Jersey | HQ-300 NJ (05-17) |
| Additional Benefits | HQ-860 CW (08-18) |

The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.

# EXHIBIT 3

## Standard Report

Travelers Insurance



### General Information

| | | | |
|---|---|---|---|
| Policy Number: | | | |
| Property Address: | | Mailing Address: | Same |
| Primary Insured Name: | | | |
| Effective Date: | | Renewal Date: | |
| Style: | Ranch | Site Access: | Flat Area/Easy Access Roads |
| Finished Floor Area: | 1219 Square Feet | # of Families: | 1 |
| Created By: | Travelers | Last Updated By: | Travelers |
| Profile Owned By: | Travelers | | |

### Valuation Totals Summary

Cost Data As Of 08/2016

**Coverage A**

**Reconstruction Cost with Debris Removal**                      **$129,157**

### Building Description

**MainHome**

| | |
|---|---|
| Year Built: | 1965 |
| Construction Type: | Standard |
| Number of Stories: | 1 |
| Total Living Area: | 1219 Square Feet |
| Finished Living Area: | 1219 Square Feet |
| Perimeter: | Rectangular or Slightly Irregular |
| Wall Height: | 8.00 Feet 100 % |

**Foundation/Basement**

*Foundation Type*

Slab at Grade                 100 %

*Foundation Materials*

Concrete                      100 %

### Materials

## Materials (continued)

| Exterior Walls | | | Floor Finish | | | Whole House Systems | | |
|---|---|---|---|---|---|---|---|---|
| *Framing* | | | *Floor Cover* | | | *Fire & Burglar Protection* | | |
| Stud, 2" X 4" | 100% | | Acrylic/Nylon | | | Central Fire Alarm System | 100% | |
| *Exterior Frame Walls* | | | Carpet, Acrylic/Nylon | 49% | | | | |
| Brick on Frame | 100% | | Hardwood | 22% | | | | |
| **Roof** | | | Tile, Ceramic | 5% | | | | |
| *Roof Style/Slope* | | | Vinyl | 11% | | | | |
| Gable, Slight Pitch | 100% | | **Heating & Cooling** | | | | | |
| *Roof Shape* | | | *Air Conditioning* | | | | | |
| Simple/Standard | 100% | | Central Air Conditioning, Same Ducts | 100% | | | | |
| *Roof Cover* | | | *Heating* | | | | | |
| Shingles, Asphalt/Fiberglass | 100% | | Heating, Electric | 100% | | | | |
| **Attached Structures** | | | **Garages & Carports** | | | | | |
| *Porches* | | | *Carports* | | | | | |
| Open Porch, Square Feet | 50SF | | Carport, 1 Car | 1Cnt | | | | |
| **Exterior Features** | | | **Foundation/Basement** | | | | | |
| *Windows* | | | *Foundation Type* | | | | | |
| Sash, Wood with Glass, Standard | 100% | | Slab at Grade | 100% | | | | |
| *Exterior Doors (Count)* | | | *Foundation Materials* | | | | | |
| Door, Wood, Exterior | 2Cnt | | Concrete | 100% | | | | |
| **Partition Walls** | | | **Kitchens/Baths/Plumbing** | | | | | |
| *Interior Wall Framing* | | | *Kitchens - Complete* | | | | | |
| Stud, 2" X 4" | 100% | | Kitchen, Builder's Grade | 1Cnt | | | | |
| *Partitions* | | | *Bathrooms - Complete* | | | | | |
| Drywall | 100% | | Full Bath, Builder's Grade | 1Cnt | | | | |
| *Wall Coverings* | | | **Superstructure/Framing** | | | | | |
| Paint | 86% | | *Floor/Ceiling Structure* | | | | | |
| Paneling, Sheet | 7% | | Wood Joists & Sheathing | 100% | | | | |
| Wallpaper, Vinyl | 7% | | *Roof Structure* | | | | | |
| *Partition Specialties* | | | Rafters, Wood with Sheathing | 100% | | | | |
| Door, Hollow Core, Birch | 12Cnt | | **Whole House Systems** | | | | | |
| **Ceiling Finish** | | | *Electrical* | | | | | |
| *Ceilings* | | | 200 Amp Service, Standard | 100% | | | | |
| Drywall | 100% | | *Fire & Burglar Protection* | | | | | |
| **Floor Finish** | | | Central Burglar Alarm System | 100% | | | | |
| *Floor Cover* | | | | | | | | |
| Carpet over Hardwood, | 13% | | | | | | | |

**Disclaimer**

Calculating the correct replacement cost of your home is important in determining how much insurance coverage is needed. Your replacement cost was calculated using a CoreLogic Insurance to Value Replacement Cost Estimate and the information printed above. Please inform your agent if any information on this estimate is not correct. CoreLogic is a leader in calculating construction costs.

# EXHIBIT 4

## Standard Report

Travelers Insurance



| General Information | | | |
|---|---|---|---|
| Policy Number: | ▮▮▮▮▮▮ | | |
| Property Address: | ▮▮▮▮▮▮ | Mailing Address: | Same |
| Primary Insured Name: | ▮▮▮▮▮▮ | | |
| Account Number: | ▮▮▮▮▮▮ | | |
| Effective Date: | ▮▮▮▮▮▮ | Renewal Date: | ▮▮▮▮▮▮ |
| Style: | 1.5 Story | Site Access: | Flat Area/Easy Access Roads |
| Finished Floor Area: | 1219 Square Feet | # of Families: | 1 |
| Created By: | UNDER | Last Updated By: | UNDER |
| Profile Owned By: | Travelers | | |

### Valuation Totals Summary

Cost Data As Of 08/2021

**Coverage A**

**Reconstruction Cost w/o Debris Removal**    **$421,522**

### Building Description

**MainHome**

| | |
|---|---|
| Year Built: | 1920 |
| Construction Type: | Standard |
| Number of Stories: | 1.5 |
| Total Living Area: | 1219 Square Feet |
| Finished Living Area: | 1219 Square Feet |
| Perimeter: | Rectangular or Slightly Irregular |
| Wall Height: | 8.00 Feet 100 % |

| Building Description (continued) |
| --- |

**Foundation/Basement**

*Foundation Type*

| Basement, Below Grade | 100 % |
| --- | --- |

*Foundation Materials*

| Concrete | 100 % |
| --- | --- |

*Basement Information*

| Basement Depth | 8 LF |
| --- | --- |
| Number of Basement Levels | 1 Cnt |
| Stairs, Basement, w/Railing | 1 Cnt |
| Standard Finish | 100 % |

| Materials |
| --- |

| Exterior Walls | | Partition Walls | | Garages & Carports | |
| --- | --- | --- | --- | --- | --- |
| *Masonry Walls* | | *Partition Specialties* | | *Detached Garages* | |
| Brick, Solid | 100% | Door, Hollow Core, Birch | 12Cnt | Detached Garage, 2 Car | 1Cnt |
| **Roof** | | **Ceiling Finish** | | **Foundation/Basement** | |
| *Roof Style/Slope* | | *Ceilings* | | *Foundation Type* | |
| Gable, Moderate Pitch | 100% | Drywall | 100% | Basement, Below Grade | 100% |
| *Roof Shape* | | **Floor Finish** | | *Foundation Materials* | |
| Simple/Standard | 100% | *Floor Cover* | | Concrete | 100% |
| *Roof Cover* | | Carpet over Hardwood, Acrylic/Nylon | 25% | *Basement Information* | |
| Shingles, Architectural | 100% | Carpet, Acrylic/Nylon | 38% | Basement Depth | 8LF |
| **Exterior Features** | | Hardwood | 23% | Number of Basement Levels | 1Cnt |
| *Windows* | | Tile, Ceramic | 5% | Standard Finish | 100% |
| Sash, Wood with Glass, Standard | 100% | Vinyl | 9% | Stairs, Basement, w/Railing | 1Cnt |
| *Exterior Doors (Count)* | | **Heating & Cooling** | | **Kitchens/Baths/Plumbing** | |
| Door, Wood, Exterior | 2Cnt | *Air Conditioning* | | *Kitchens - Complete* | |
| **Partition Walls** | | Central Air Conditioning, Avg Cost | 100% | Kitchen, Builder's Grade | 1Cnt |
| *Interior Wall Framing* | | *Heating* | | *Bathrooms - Complete* | |
| Stud, 2" X 4" | 100% | Heating, Gas | 100% | Full Bath, Builder's Grade | 2Cnt |
| *Partitions* | | **Interior Features** | | Half Bath, Builder's Grade | 1Cnt |
| Drywall | 100% | *Staircases* | | | |
| *Wall Coverings* | | Staircase, Straight, Softwood | 1Cnt | | |
| Paint | 86% | **Garages & Carports** | | | |
| Paneling, Sheet | 5% | | | | |
| Wallpaper, Vinyl | 9% | | | | |
| *Partition Specialties* | | | | | |

## Materials (continued)

### Superstructure/Framing

#### *Floor/Ceiling Structure*

| | |
|---|---|
| Wood Joists & Sheathing | 100% |

#### *Roof Structure*

| | |
|---|---|
| Rafters, Wood with Sheathing | 100% |

### Whole House Systems

#### *Electrical*

| | |
|---|---|
| 200 Amp Service, Standard | 100% |
| Photovoltaic System, 2 kWH | 1Cnt |
| Photovoltaic System, 4 kWH | 3Cnt |

#### *Fire & Burglar Protection*

| | |
|---|---|
| Central Burglar Alarm System | 100% |

## Disclaimer

Calculating the correct replacement cost of your home is important in determining how much insurance coverage is needed. Your replacement cost was calculated using a CoreLogic Insurance to Value Replacement Cost Estimate and the information printed above. Please inform your agent if any information on this estimate is not correct. CoreLogic is a leader in calculating construction costs.